## IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Daren K. Johnston and Melinda S. Johnston** : | Case No. 19-70641 |
| : | |
| **Debtors,** : | Chapter 13 |
| : | |
| : | Related to |
| **Daren K. Johnston and Melinda S. Johnston** : | Document No.  10 |
| : | |
| **Movants,** : | |
| : | |
| vs : | |
| : | |
| **No Respondent** : | |

### ORDER ON MOTION TO EXTEND DEADLINE REGARDING COMPLETION OF THE FILING OF CHAPTER 13 PETITION, SCHEDULES, AND PROOF OF INCOME

**AND NOW** on this ___24th___ day of ___October___, 2019, upon consideration of Debtors' Motion, it is hereby **ORDERED, ADJUDGED, AND DECREED** that said Motion to Extend Deadline Regarding Completion of Filing of Chapter 13 Petition, schedules, and Proof of Income is **GRANTED.** Debtors shall have until ___November 4, 2019___ [10 days later] to file their Chapter 13 Schedules, Statement of Financial Affairs, Proof of Income, and all other information and forms required. No further extensions will be granted, except in extenuating circumstances.

BY THE COURT

_____ sjk
Jeffery A. Deller, *Judge*

*United States Bankruptcy Court*

FILED
10/24/19 9:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                     Case No. 19-70641-JAD
Daren K. Johnston                                                          Chapter 13
Melinda S. Johnston
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-7        User: bsil                 Page 1 of 1              Date Rcvd: Oct 24, 2019
                            Form ID: pdf900            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2019.
db/jdb         +Daren K. Johnston,    Melinda S. Johnston,    1960 Rt. 553 Hwy.,    Penn Run, PA 15765-8246

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2019                                  Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2019 at the address(es) listed below:
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Richard G. Allen    on behalf of Debtor Daren K. Johnston ecf@johnstownbankruptcy.com,
               mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com
              Richard G. Allen    on behalf of Joint Debtor Melinda S. Johnston ecf@johnstownbankruptcy.com,
               mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4