# United States Bankruptcy Court
## Western District of Pennsylvania

In re: **Daren K. Johnston**, **Melinda S. Johnston** — Debtor(s)

Case No. **19-70641**

Chapter **13**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Daren K. Johnston**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

■ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


I, **Melinda S. Johnston**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

■ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


Date **October 28, 2019**        Signature **/s/ Daren K. Johnston**
                                           **Daren K. Johnston**
                                           Debtor

Date **October 28, 2019**        Signature **/s/ Melinda S. Johnston**
                                           **Melinda S. Johnston**
                                           Joint Debtor

Penns Manor School District

| SSN XXX-XX-7812 | Name: DAREN K JOHNSTON | Dept: ADMIN | Loc: DO | CK # D0026892 | 08/30/19 | $0.00 |

| Earnings | This Pay | YTD Amount | Deductions | This Pay | YTD Amount |
|---|---|---|---|---|---|
| Salary | 4,482.58 | 80,642.07 | FIT (M 1) | 451.17 | 8,047.57 |
| ADMIN BONUS | | 250.00 | Medicare | 65.18 | 1,168.40 |
| SICK INCENTIVE | | 100.00 | Social Security | 278.70 | 4,995.87 |
| | | | State Tax - Pennsylvania | 137.62 | 2,466.87 |
| | | | PA Unemployment | 2.69 | 48.26 |
| | | | EIT 320501 - 1.2500% | 56.03 | 1,004.39 |
| | | | Pa Retirement 7.50% | 336.19 | 6,048.13 |
| | | | Tsa-Capital Ret Plan Serv | 44.83 | 809.96 |
| | | | United Way | 8.00 | 144.00 |
| | | | DDN Deposit (CK) | 3,102.17 | 54,658.62 |
| | | | HSA | | 640.00 |
| Taxable Insurance | 12.52 | 225.36 | Christmas Club | | 960.00 |
| Total Gross | 4,482.58 | 80,992.07 | | | |
| Deduction(excl direct deposit) | 1,380.41 | 26,333.45 | | | |
| Net Pay | 3,102.17 | 54,658.62 | | | |

Sick  271.000     Emergency  1.000     Personal  5.500     Vacation  29.500

**AMOUNT:**     **$0.00**

---

**PENNS MANOR AREA SCHOOL DISTRICT**
6003 Route 553 Hwy
Clymer, PA 15728
Payroll Account

D0026892

08/30/19

Direct Deposit Amount  $   3,102.17

DAREN K JOHNSTON
RT 553 HWY
PO BOX 414
PENN RUN PA 15765

**Non-Negotiable**

---

| SSN XXX-XX-**** | Name: DAREN K JOHNSTON | Dept: ADMIN | Loc: DO | CK # D0026892 | 08/30/19 | $0.00 |

| Earnings | This Pay | YTD Amount | Deductions | This Pay | YTD Amount |
|---|---|---|---|---|---|
| Salary | 4,482.58 | 80,642.07 | FIT (M 1) | 451.17 | 8,047.57 |
| ADMIN BONUS | | 250.00 | Medicare | 65.18 | 1,168.40 |
| SICK INCENTIVE | | 100.00 | Social Security | 278.70 | 4,995.87 |
| | | | State Tax - Pennsylvania | 137.62 | 2,466.87 |
| | | | PA Unemployment | 2.69 | 48.26 |
| | | | EIT 320501 - 1.2500% | 56.03 | 1,004.39 |
| | | | Pa Retirement 7.50% | 336.19 | 6,048.13 |
| | | | Tsa-Capital Ret Plan Serv | 44.83 | 809.96 |
| | | | United Way | 8.00 | 144.00 |
| | | | DDN Deposit (CK) | 3,102.17 | 54,658.62 |
| | | | HSA | | 640.00 |
| Taxable Insurance | 12.52 | 225.36 | Christmas Club | | 960.00 |
| Total Gross | 4,482.58 | 80,992.07 | | | |
| Deduction(excl direct deposit) | 1,380.41 | 26,333.45 | | | |
| Net Pay | 3,102.17 | 54,658.62 | | | |

Sick  271.000     Emergency  1.000     Personal  5.500     Vacation  29.500

**AMOUNT:**     **$0.00**

Penns Manor School District

| SSN XXX-XX-7812 | Name: DAREN K JOHNSTON | Dept: ADMIN | Loc: DO | CK # D0027025 | 09/13/19 | $0.00 |
|---|---|---|---|---|---|---|
| Earnings | This Pay | YTD Amount | Deductions | | This Pay | YTD Amount |
| Salary | 4,482.58 | 85,124.65 | FIT (M 1) | | 442.37 | 8,489.94 |
| ADMIN BONUS | | 250.00 | Medicare | | 64.60 | 1,233.00 |
| SICK INCENTIVE | | 100.00 | Social Security | | 276.22 | 5,272.09 |
| | | | State Tax - Pennsylvania | | 136.39 | 2,603.26 |
| | | | PA Unemployment | | 2.67 | 50.93 |
| | | | EIT 320501 - 1.2500% | | 55.53 | 1,059.92 |
| | | | Pa Retirement 7.50% | | 336.19 | 6,384.32 |
| | | | Tsa-Capital Ret Plan Serv | | 44.83 | 854.79 |
| | | | Christmas Club | | 60.00 | 1,020.00 |
| | | | United Way | | 8.00 | 152.00 |
| | | | DDN Deposit (CK) | | 3,015.78 | 57,674.40 |
| Taxable Insurance | 12.52 | 237.88 | HSA | | 40.00 | 680.00 |
| Total Gross | 4,482.58 | 85,474.65 | | | | |
| Deduction(excl direct deposit) | 1,466.80 | 27,800.25 | | | | |
| Net Pay | 3,015.78 | 57,674.40 | | | | |
| Sick 271.000 | Emergency 1.000 | | Personal 5.500 | Vacation 29.000 | | |
| | | | | | AMOUNT: | $0.00 |

---

**PENNS MANOR AREA SCHOOL DISTRICT**
6003 Route 553 Hwy
Clymer, PA 15728
Payroll Account

D0027025

09/13/19

Direct Deposit Amount    $    3,015.78

DAREN K JOHNSTON
RT 553 HWY
PO BOX 414
PENN RUN PA 15765

# Non-Negotiable

| SSN XXX-XX-**** | Name: DAREN K JOHNSTON | Dept: ADMIN | Loc: DO | CK # D0027025 | 09/13/19 | $0.00 |
|---|---|---|---|---|---|---|
| Earnings | This Pay | YTD Amount | Deductions | | This Pay | YTD Amount |
| Salary | 4,482.58 | 85,124.65 | FIT (M 1) | | 442.37 | 8,489.94 |
| ADMIN BONUS | | 250.00 | Medicare | | 64.60 | 1,233.00 |
| SICK INCENTIVE | | 100.00 | Social Security | | 276.22 | 5,272.09 |
| | | | State Tax - Pennsylvania | | 136.39 | 2,603.26 |
| | | | PA Unemployment | | 2.67 | 50.93 |
| | | | EIT 320501 - 1.2500% | | 55.53 | 1,059.92 |
| | | | Pa Retirement 7.50% | | 336.19 | 6,384.32 |
| | | | Tsa-Capital Ret Plan Serv | | 44.83 | 854.79 |
| | | | Christmas Club | | 60.00 | 1,020.00 |
| | | | United Way | | 8.00 | 152.00 |
| | | | DDN Deposit (CK) | | 3,015.78 | 57,674.40 |
| Taxable Insurance | 12.52 | 237.88 | HSA | | 40.00 | 680.00 |
| Total Gross | 4,482.58 | 85,474.65 | | | | |
| Deduction(excl direct deposit) | 1,466.80 | 27,800.25 | | | | |
| Net Pay | 3,015.78 | 57,674.40 | | | | |
| Sick 271.000 | Emergency 1.000 | | Personal 5.500 | Vacation 29.000 | | |
| | | | | | AMOUNT: | $0.00 |

Penns Manor School District

| SSN XXX-XX-7812 | Name: DAREN K JOHNSTON | Dept: ADMIN | Loc: DO | CK # D0027165 | 09/27/19 | $0.00 |

| Earnings | This Pay | YTD Amount | Deductions | This Pay | YTD Amount |
|---|---|---|---|---|---|
| Salary | 4,482.58 | 89,607.23 | FIT (M 1) | 442.37 | 8,932.31 |
| ADMIN BONUS | | 250.00 | Medicare | 64.60 | 1,297.60 |
| SICK INCENTIVE | | 100.00 | Social Security | 276.22 | 5,548.31 |
| | | | State Tax - Pennsylvania | 136.39 | 2,739.65 |
| | | | PA Unemployment | 2.67 | 53.60 |
| | | | EIT 320501 - 1.2500% | 55.53 | 1,115.45 |
| | | | Pa Retirement 7.50% | 336.19 | 6,720.51 |
| | | | Tsa-Capital Ret Plan Serv | 44.83 | 899.62 |
| | | | Christmas Club | 60.00 | 1,080.00 |
| | | | United Way | 8.00 | 160.00 |
| | | | DDN Deposit (CK) | 3,015.78 | 60,690.18 |
| Taxable Insurance | 12.52 | 250.40 | HSA | 40.00 | 720.00 |
| Total Gross | 4,482.58 | 89,957.23 | | | |
| Deduction(excl direct deposit) | 1,466.80 | 29,267.05 | | | |
| Net Pay | 3,015.78 | 60,690.18 | | | |

Sick 271.000     Emergency 1.000     Personal 5.500     Vacation 28.500

AMOUNT:     $0.00

---

**PENNS MANOR AREA SCHOOL DISTRICT**
6003 Route 553 Hwy
Clymer, PA 15728
Payroll Account

D0027165

09/27/19

Direct Deposit Amount   $    3,015.78

DAREN K JOHNSTON
RT 553 HWY
PO BOX 414
PENN RUN PA 15765

## Non-Negotiable

---

| SSN XXX-XX-**** | Name: DAREN K JOHNSTON | Dept: ADMIN | Loc: DO | CK # D0027165 | 09/27/19 | $0.00 |

| Earnings | This Pay | YTD Amount | Deductions | This Pay | YTD Amount |
|---|---|---|---|---|---|
| Salary | 4,482.58 | 89,607.23 | FIT (M 1) | 442.37 | 8,932.31 |
| ADMIN BONUS | | 250.00 | Medicare | 64.60 | 1,297.60 |
| SICK INCENTIVE | | 100.00 | Social Security | 276.22 | 5,548.31 |
| | | | State Tax - Pennsylvania | 136.39 | 2,739.65 |
| | | | PA Unemployment | 2.67 | 53.60 |
| | | | EIT 320501 - 1.2500% | 55.53 | 1,115.45 |
| | | | Pa Retirement 7.50% | 336.19 | 6,720.51 |
| | | | Tsa-Capital Ret Plan Serv | 44.83 | 899.62 |
| | | | Christmas Club | 60.00 | 1,080.00 |
| | | | United Way | 8.00 | 160.00 |
| | | | DDN Deposit (CK) | 3,015.78 | 60,690.18 |
| Taxable Insurance | 12.52 | 250.40 | HSA | 40.00 | 720.00 |
| Total Gross | 4,482.58 | 89,957.23 | | | |
| Deduction(excl direct deposit) | 1,466.80 | 29,267.05 | | | |
| Net Pay | 3,015.78 | 60,690.18 | | | |

Sick 271.000     Emergency 1.000     Personal 5.500     Vacation 28.500

AMOUNT:     $0.00

Penns Manor School District

SSN XXX-XX-7812    Name: DAREN K JOHNSTON    Dept: ADMIN    Loc:    DO    CK # D0027310    10/11/19    $0.00

| Earnings | This Pay | YTD Amount | Deductions | This Pay | YTD Amount |
|---|---|---|---|---|---|
| Salary | 4,482.58 | 94,089.81 | FIT (M 1) | 442.37 | 9,374.68 |
| ADMIN BONUS | | 250.00 | Medicare | 64.60 | 1,362.20 |
| SICK INCENTIVE | | 100.00 | Social Security | 276.22 | 5,824.53 |
| | | | State Tax - Pennsylvania | 136.39 | 2,876.04 |
| | | | PA Unemployment | 2.67 | 56.27 |
| | | | EIT 320501 - 1.2500% | 55.53 | 1,170.98 |
| | | | Pa Retirement 7.50% | 336.19 | 7,056.70 |
| | | | Tsa-Capital Ret Plan Serv | 44.83 | 944.45 |
| | | | Christmas Club | 60.00 | 1,140.00 |
| | | | United Way | 8.00 | 168.00 |
| | | | DDN Deposit (CK) | 3,015.78 | 63,705.96 |
| Taxable Insurance | 12.52 | 262.92 | HSA | 40.00 | 760.00 |
| Total Gross | 4,482.58 | 94,439.81 | | | |
| Deduction(excl direct deposit) | 1,466.80 | 30,733.85 | | | |
| Net Pay | 3,015.78 | 63,705.96 | | | |

Sick  271.000     Emergency  1.000     Personal  5.500     Vacation  28.500

AMOUNT:   $0.00

---

**PENNS MANOR AREA SCHOOL DISTRICT**
6003 Route 553 Hwy
Clymer, PA 15728
Payroll Account

D0027310

10/11/19

Direct Deposit Amount   $   3,015.78

DAREN K JOHNSTON
RT 553 HWY
PO BOX 414
PENN RUN PA 15765

**Non-Negotiable**

SSN XXX-XX-____    Name: DAREN K JOHNSTON    Dept: ADMIN    Loc:    DO    CK # D0027310    10/11/19    $0.00

| Earnings | This Pay | YTD Amount | Deductions | This Pay | YTD Amount |
|---|---|---|---|---|---|
| Salary | 4,482.58 | 94,089.81 | FIT (M 1) | 442.37 | 9,374.68 |
| ADMIN BONUS | | 250.00 | Medicare | 64.60 | 1,362.20 |
| SICK INCENTIVE | | 100.00 | Social Security | 276.22 | 5,824.53 |
| | | | State Tax - Pennsylvania | 136.39 | 2,876.04 |
| | | | PA Unemployment | 2.67 | 56.27 |
| | | | EIT 320501 - 1.2500% | 55.53 | 1,170.98 |
| | | | Pa Retirement 7.50% | 336.19 | 7,056.70 |
| | | | Tsa-Capital Ret Plan Serv | 44.83 | 944.45 |
| | | | Christmas Club | 60.00 | 1,140.00 |
| | | | United Way | 8.00 | 168.00 |
| | | | DDN Deposit (CK) | 3,015.78 | 63,705.96 |
| Taxable Insurance | 12.52 | 262.92 | HSA | 40.00 | 760.00 |
| Total Gross | 4,482.58 | 94,439.81 | | | |
| Deduction(excl direct deposit) | 1,466.80 | 30,733.85 | | | |
| Net Pay | 3,015.78 | 63,705.96 | | | |

Sick  271.000     Emergency  1.000     Personal  5.500     Vacation  28.500

AMOUNT:   $0.00

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING · THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

MARCUS & MACK PC
57 SOUTH SIXTH ST
INDIANA PA 15701

0046-X663
ORG: 100 Staff
EE ID: 1038    DD

| 08/30/2019 | 53493 |
|---|---|
| DATE | CHECK NO. |

PAY TO THE ORDER OF

MELINDA S JOHNSTON
1960 RT 553 HWY
PENN RUN PA  15765

Total Net Direct Deposit(s)
**$842.89**
AMOUNT

VOID THIS IS NOT A CHECK ............................................ DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                               FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Melinda S Johnston
1960 Rt 553 Hwy
Penn Run, PA  15765
Soc Sec #: xxx-xx-xxxx    Employee ID: 1038

Home Department: 100 Staff

Pay Period: 08/16/19 to 08/31/19
Check Date: 08/30/19    Check #: 53493

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 9303 | 842.89 | 14387.22 |
| NET PAY | 842.89 | 14387.22 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | | | 1134.62 | | 18523.07 |
| Bonus pay | | | | | 1000.00 |
| Total Hours | | | | | |
| Gross Earnings | | | 1134.62 | | 19523.07 |
| Total Hrs Worked | | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 70.35 | 1210.43 |
| Medicare | | 16.45 | 283.08 |
| Fed Income Tax | MWS 0 | 103.07 | 1825.37 |
| PA Income Tax | | 34.83 | 599.37 |
| PA Unemploy | | 0.68 | 11.71 |
| PA INDIN-Ind Inc | | 14.18 | 244.00 |
| PA LINDI-Ind LST | | 2.17 | 36.89 |
| TOTAL | | 241.73 | 4210.85 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| 401k | 50.00 | 475.00 |
| Xmas Club | | 450.00 |
| TOTAL | 50.00 | 925.00 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 842.89 | 14387.22 |

Payrolls by Paychex, Inc.

0046 0046-X663    Marcus & Mack Pc • 57 South Sixth St • Indiana PA  15701 • (724) 349-5602

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY FROM DARKER TO LIGHTER WITH THE DARKER AREA AT THE TOP

MARCUS & MACK PC
57 SOUTH SIXTH ST
INDIANA PA 15701

0046-X663
ORG: 100 Staff
EE ID: 1038    DD

09/13/2019    53508
DATE    CHECK NO.

PAY TO THE ORDER OF

MELINDA S JOHNSTON
1960 RT 553 HWY
PENN RUN PA 15765

Total Net Direct Deposit(s)
**$930.52**
AMOUNT

VOID THIS IS NOT A CHECK ............................................. DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                                                          FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Melinda S Johnston
1960 Rt 553 Hwy
Penn Run, PA 15765
Soc Sec #: xxx-xx-xxxx    Employee ID: 1038

Home Department: 100 Staff

Pay Period: 09/01/19 to 09/15/19
Check Date: 09/13/19    Check #: 53508

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 9303 | 930.52 | 15317.74 |
| NET PAY | 930.52 | 15317.74 |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | 1250.00 | | 19773.07 |
| | Bonus pay | | | | | 1000.00 |
| | Total Hours | | | | | |
| | Gross Earnings | | | 1250.00 | | 20773.07 |
| | Total Hrs Worked | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|
| | Social Security | | | 77.50 | | 1287.93 |
| | Medicare | | | 18.13 | | 301.21 |
| | Fed Income Tax | MWS 0 | | 116.92 | | 1942.29 |
| | PA Income Tax | | | 38.38 | | 637.75 |
| | PA Unemploy | | | 0.75 | | 12.46 |
| | PA INDIN-Ind Inc | | | 15.63 | | 259.63 |
| | PA LINDI-Ind LST | | | 2.17 | | 39.06 |
| | TOTAL | | | 269.48 | | 4480.33 |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k | 50.00 | 525.00 |
| | Xmas Club | | 450.00 |
| | TOTAL | 50.00 | 975.00 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 930.52 | 15317.74 |

Payrolls by Paychex, Inc.

0046 0046-X663  Marcus & Mack Pc • 57 South Sixth St • Indiana PA 15701 • (724) 349-5602

MARCUS & MACK PC
57 SOUTH SIXTH ST
INDIANA PA 15701

0046-X663
ORG1:100 Staff
EE ID: 1038    DD

| DATE | CHECK NO. |
|---|---|
| 09/30/2019 | 53524 |

PAY TO THE ORDER OF

MELINDA S JOHNSTON
1960 RT 553 HWY
PENN RUN PA 15765

Total Net Direct Deposit(s)
**$930.53**
AMOUNT

VOID THIS IS NOT A CHECK .................................................... DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                                         FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Melinda S Johnston
1960 Rt 553 Hwy
Penn Run, PA 15765
Soc Sec #: xxx-xx-xxxx    Employee ID: 1038

Home Department: 100 Staff

Pay Period: 09/16/19 to 09/30/19
Check Date: 09/30/19    Check #: 53524

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 9303 | 930.53 | 16248.27 |
| NET PAY | 930.53 | 16248.27 |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | 1250.00 | | 21023.07 |
| | Bonus pay | | | | | 1000.00 |
| | Total Hours | | | | | |
| | Gross Earnings | | | 1250.00 | | 22023.07 |
| | Total Hrs Worked | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 77.50 | 1365.43 |
| | Medicare | | 18.12 | 319.33 |
| | Fed Income Tax | MWS 0 | 116.92 | 2059.21 |
| | PA Income Tax | | 38.38 | 676.13 |
| | PA Unemploy | | 0.75 | 13.21 |
| | PA INDIN-Ind Inc | | 15.63 | 275.26 |
| | PA LINDI-Ind LST | | 2.17 | 41.23 |
| | TOTAL | | 269.47 | 4749.80 |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k | 50.00 | 575.00 |
| | Xmas Club | | 450.00 |
| | TOTAL | 50.00 | 1025.00 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 930.53 | 16248.27 |

Payrolls by Paychex, Inc.

0046 0046-X663  Marcus & Mack Pc • 57 South Sixth St • Indiana PA 15701 • (724) 349-5602

MARCUS & MACK PC
57 SOUTH SIXTH ST
INDIANA PA 15701

0046-X663
ORG1:100 Staff
EE ID: 1038  DD

| DATE | CHECK NO. |
|---|---|
| 10/15/2019 | 53542 |

PAY TO THE ORDER OF

MELINDA S JOHNSTON
1960 RT 553 HWY
PENN RUN PA 15765

Total Net Direct Deposit(s)
**$930.52**
AMOUNT

VOID THIS IS NOT A CHECK .................................................... DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE  FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Melinda S Johnston
1960 Rt 553 Hwy
Penn Run, PA 15765
Soc Sec #: xxx-xx-xxxx   Employee ID: 1038

Home Department: 100 Staff

Pay Period: 10/01/19 to 10/15/19
Check Date: 10/15/19   Check #: 53542

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 9303 | 930.52 | 17178.79 |
| NET PAY | 930.52 | 17178.79 |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | 1250.00 | | 22273.07 |
| | Bonus pay | | | | | 1000.00 |
| | Total Hours | | | | | |
| | Gross Earnings | | | 1250.00 | | 23273.07 |
| | Total Hrs Worked | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 77.50 | 1442.93 |
| | Medicare | | 18.13 | 337.46 |
| | Fed Income Tax | MWS 0 | 116.92 | 2176.13 |
| | PA Income Tax | | 38.38 | 714.51 |
| | PA Unemploy | | 0.75 | 13.96 |
| | PA INDIN-Ind Inc | | 15.63 | 290.89 |
| | PA LINDI-Ind LST | | 2.17 | 43.40 |
| | TOTAL | | 269.48 | 5019.28 |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | 401k | 50.00 | 625.00 |
| | Xmas Club | | 450.00 |
| | TOTAL | 50.00 | 1075.00 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 930.52 | 17178.79 |

Payrolls by Paychex, Inc.

0046 0046-X663  Marcus & Mack Pc • 57 South Sixth St • Indiana PA 15701 • (724) 349-5602