**Form RSC Conciliation (Reschedule Conciliation−COVID**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Daren K. Johnston** | : | Case No. 19−70641−JAD |
| **Melinda S. Johnston** | : | |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |

## ORDER RESCHEDULING CHAPTER 13 PLAN CONCILIATION CONFERENCE

*AND NOW,* this ***The 2nd of April, 2020***, due to the COVID−19 virus pandemic, the conciliation conference scheduled for 4/23/2020 is ***RESCHEDULED*** to ***7/16/20 at 10:30 AM 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.***

Dated: April 2, 2020

Jeffery A. Deller
United States Bankruptcy Judge

cm: Debtor
     Debtors' Counsel

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 19-70641-JAD
Daren K. Johnston                                                      Chapter 13
Melinda S. Johnston
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: msch              Page 1 of 3              Date Rcvd: Apr 02, 2020
                              Form ID: RSCcon3        Total Noticed: 58

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 04, 2020.
db/jdb         +Daren K. Johnston,    Melinda S. Johnston,    1960 Rt. 553 Hwy.,    Penn Run, PA 15765-8246
15138429       +Aes/keybank,    P.O. Box 61047,    Harrisburg, PA 17106-1047
15138431        Best Buy Credit Services,    P.O. Box 9001007,    Louisville, KY 40290-1007
15163367        CREDIT FIRST NA,    PO BOX 818011,    CLEVELAND, OH 44181-8011
15138434       +Citi/Sears,    Citibank/Centralized Bankruptcy,    P.O. Box 790034,    St Louis, MO 63179-0034
15138435       +Citibank,    Attn: Recovery/Centralized Bankruptcy,    P.O. Box 790034,    St Louis, MO 63179-0034
15138436       +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    P.O. Box 790034,
                 St Louis, MO 63179-0034
15138443       +Credit First National Association,    Attn: Bankruptcy,    P.O. Box 81315,
                 Cleveland, OH 44181-0315
15138446       +Deptartment Store National Bank/Macy's,    Attn: Bankruptcy,    9111 Duke Boulevard,
                 Mason, OH 45040-8999
15138447       +First Mark Services,    Attn: Bankruptcy,    P.O. Box 82522,    Lincoln, NE 68501-2522
15138448       +First National Bank,    Attn: Bankruptcy,    1620 Dodge St Mailstop 4440,    Omaha, NE 68197-0002
15149140       +Granite State Management & Resources,    o/b/o The U.S. Department of Education,    PO Box 3420,
                 Concord, NH 03302-3420
15152333       +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o National Bankruptcy Services, LLC,    P.O. Box 9013,    Addison, Texas 75001-9013
15163781       +Lakeview Loan Servicing LLC,    PO Box 840,    Buffalo, NY 14240-0840
15138450       +Mercury/FBT,    Attn: Bankruptcy,    P.O. Box 84064,    Columbus, GA 31908-4064
15138453       +New Hampshire Higher Ed/Granite State Ma,    Attn: Bankruptcy,    P.O. Box 2097,
                 Concord, NH 03302-2097
15139968       ++PERI GARITE,    ATTN CARD WORKS,    101 CROSSWAYS PARK DR W,    WOODBURY NY 11797-2020
                (address filed with court: First National Bank of Omaha,    1620 Dodge St., Stop Code 3105,
                 Omaha, NE 68197)
15138465       +Target,    Attn: Bankruptcy,    P.O. Box 9475,    Minneapolis, MN 55440-9475

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 03 2020 04:50:39
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15166394        E-mail/Text: ally@ebn.phinsolutions.com Apr 03 2020 04:26:05     Ally Bank,    PO Box 130424,
                 Roseville, MN 55113-0004
15138430       +E-mail/Text: ally@ebn.phinsolutions.com Apr 03 2020 04:26:05     Ally Financial,
                 Attn: Bankruptcy Dept,    P.O. Box 380901,    Bloomington, MN 55438-0901
15138432       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 03 2020 04:50:23     Capital One,
                 Attn: Bankruptcy,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
15155772        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 03 2020 04:47:34
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
15138437       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 03 2020 04:26:24     Comenity Bank/Kay Jewelers,
                 Attn: Bankruptcy Dept,    P.O. Box 182125,    Columbus, OH 43218-2125
15138438       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 03 2020 04:26:24     Comenity Bank/King Size,
                 Attn: Bankruptcy,    P.O. Box 182125,    Columbus, OH 43218-2125
15138439       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 03 2020 04:26:24     Comenity Bank/Maurices,
                 Attn: Bankruptcy,    P.O. Box 182125,    Columbus, OH 43218-2125
15138440       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 03 2020 04:26:24     Comenity Bank/Wayfair,
                 Attn: Bankruptcy Dept,    P.O. Box 182125,    Columbus, OH 43218-2125
15138441       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 03 2020 04:26:25     Comenity/ MPRC,
                 Attn: Bankruptcy,    P.O. Box 182125,    Columbus, OH 43218-2125
15138442       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 03 2020 04:26:25     Comenitybank/catherine,
                 P.O. Box 182789,    Columbus, OH 43218-2789
15138444       +E-mail/PDF: creditonebknotifications@resurgent.com Apr 03 2020 04:47:44     Credit One Bank,
                 Attn: Bankruptcy Department,    P.O. Box 98873,    Las Vegas, NV 89193-8873
15138445        E-mail/PDF: DellBKNotifications@resurgent.com Apr 03 2020 04:50:40
                 Dell Financial Services LLC,    Attn: President/CEO,    P.O. Box 81577,    Austin, TX 78708
15172053        E-mail/Text: bnc-quantum@quantum3group.com Apr 03 2020 04:26:33
                 Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
15169368        E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 03 2020 04:27:09     Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
15138433        E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 03 2020 04:50:19     Chase Card Services,
                 Attn: Bankruptcy,    P.O. Box 15298,    Wilmington, DE 19850
15146035       +E-mail/Text: key_bankruptcy_ebnc@keybank.com Apr 03 2020 04:27:08     KeyBank N.A.,
                 4910 Tiedeman Rd,    Brooklyn, oh 44144-2338
15171474        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 03 2020 04:47:53     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15138449        E-mail/Text: camanagement@mtb.com Apr 03 2020 04:26:23     M & T Bank,    Attn: Bankruptcy,
                 P.O. Box 844,    Buffalo, NY 14240
15168783        E-mail/PDF: MerrickBKNotifications@Resurgent.com Apr 03 2020 04:51:10     MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
15138451       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Apr 03 2020 04:53:31
                 Merrick Bank/CardWorks,    Attn: Bankruptcy,    P.O. Box 9201,    Old Bethpage, NY 11804-9001

```
District/off: 0315-7           User: msch                  Page 2 of 3                   Date Rcvd: Apr 02, 2020
                               Form ID: RSCcon3            Total Noticed: 58
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
15138452       +E-mail/PDF: pa_dc_claims@navient.com Apr 03 2020 04:47:44      Navient,    Attn: Bankruptcy,
                 P.O. Box 9640,    Wiles-Barre, PA 18773-9640
15172107        E-mail/PDF: pa_dc_claims@navient.com Apr 03 2020 04:53:32      Navient PC TRUST,
                 c/o Navient Solutions, LLC,    PO BOX 9640,    Wilkes-Barre, PA 18773-9640
15138454       +E-mail/Text: bankruptcynotices@psecu.com Apr 03 2020 04:27:27      P S E C U,
                 Attention: Bankruptcy,    P.O. Box 67013,    Harrisburg, PA 17106-7013
15166529        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 03 2020 04:53:27
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
15162724       +E-mail/Text: bankruptcynotices@psecu.com Apr 03 2020 04:27:27      PSECU,    PO BOX 67013,
                 HARRISBURG, PA 17106-7013
15170877        E-mail/Text: bnc-quantum@quantum3group.com Apr 03 2020 04:26:33
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
15138456       +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2020 04:50:14      Syncb/Levin Furniture,
                 Attn: Bankruptcy,    P.O. Box 965060,    Orlando, FL 32896-5060
15138457       +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2020 04:53:18      Syncb/PPC,    Attn: Bankruptcy,
                 P.O. Box 965060,    Orlando, FL 32896-5060
15138455       +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2020 04:47:29      Syncb/hhgreg,    Attn: Bankruptcy,
                 P.O. Box 965060,    Orlando, FL 32896-5060
15138458       +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2020 04:53:22      Synchrony Bank,
                 Attn:  Bankruptcy Dept,    P.O. Box 965060,    Orlando, FL 32896-5060
15138784       +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2020 04:53:20      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15138459       +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2020 04:53:15      Synchrony Bank/ JC Penneys,
                 Attn: Bankruptcy,    P.O. Box 956060,    Orlando, FL 32896-0001
15138460       +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2020 04:47:29      Synchrony Bank/Amazon,
                 Attn:  Bankruptcy,    P.O. Box 965060,    Orlando, FL 32896-5060
15138461       +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2020 04:50:18      Synchrony Bank/Care Credit,
                 Attn:  Bankruptcy Dept,    P.O. Box 965060,    Orlando, FL 32896-5060
15138462       +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2020 04:50:16      Synchrony Bank/Lowes,
                 Attn:  Bankruptcy,    P.O. Box 965060,    Orlando, FL 32896-5060
15138463       +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2020 04:53:19      Synchrony Bank/QVC,
                 Attn:  Bankruptcy Dept,    P.O. Box 965060,    Orlando, FL 32896-5060
15138464       +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2020 04:47:30      Synchrony Bank/Walmart,
                 Attn:  Bankruptcy,    P.O. Box 965060,    Orlando, FL 32896-5060
15172923       +E-mail/Text: bncmail@w-legal.com Apr 03 2020 04:27:05      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
15166409        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 03 2020 04:48:22      Verizon,
                 by American InfoSource as agent,    PO Box 4457,    Houston, TX 77210-4457
                                                                                               TOTAL: 40

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Lakeview Loan Servicing LLC
cr              M&T BANK
15152670*     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                (address filed with court: Dell Financial Services, LLC,      Resurgent Capital Services,
                 PO Box 10390,    Greenville, SC 29603-0390)
                                                                                               TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2020                                      Signature:  /s/Joseph Speetjens

---

**CM/ECF NOTICE OF ELECTRONIC FILING**

```
District/off: 0315-7          User: msch              Page 3 of 3            Date Rcvd: Apr 02, 2020
                              Form ID: RSCcon3        Total Noticed: 58
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 2, 2020 at the address(es) listed below:

        James Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Richard G. Allen    on behalf of Debtor Daren K. Johnston ecf@johnstownbankruptcy.com,
         mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com
        Richard G. Allen    on behalf of Joint Debtor Melinda S. Johnston ecf@johnstownbankruptcy.com,
         mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

                                                                                                                      TOTAL: 5