

4 Barrell Court
PO Box 3420
Concord, NH 03302-3420

In Re: **Daren K Johnston**    : Case No. **19-70641**
**Melinda S Johnston**    : Chapter: **13**

Debtor(s)    : Judge **Jeffery A Deller**

### NOTICE OF CHANGE OF ADDRESS FOR CREDITOR

U.S. Department of Education, hereby gives notice that all presently held or future payments and/or correspondence to the Creditor for **Court Claim Number(s)** **3** should be sent to the following address(es):

**NEW ADDRESS:**

**NOTICE**

**PAYMENT**
U.S. Department of Education
P.O. Box 4414
Portland, OR 97208

Prepared by:
Amanda Wilczynski
(Name)
Student Loan Analyst I
(Title)
Granite State Management & Resources
(Address)
P.O. Box 3420
Concord, NH 03302

RECEIVED
2020 APR 23 P 3:26
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH