# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** DAREN K. & MELINDA S. JOHNSTON
**Case Number:** 19-70641-JAD  **Chapter:** 13
**Date / Time / Room:** THURSDAY, JULY 16, 2020 10:30 AM  3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#15 - Continued Confirmation of Plan Dated 10/11/2019 - NFC
R / M #: 15 / 0

### Appearances:

Debtor: Allen
Trustee: Winnecour / Pail / Katz / **DeSimone**
Creditor:

FILED
7/24/20 10:22 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 10-8-20 at 11:00.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

7/10/2020  8:08:54AM