# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

02/02/2021

IN RE:

DAREN K. JOHNSTON
MELINDA S. JOHNSTON
1960 RT. 553 HWY.
PENN RUN,  PA  15765
XXX-XX-7812          Debtor(s)

XXX-XX-2476

Case No.19-70641 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee′s final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

2/2/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:1  INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.:  9738 |
| PO BOX 41021 | | |
| | CLAIM:  0.00 | |
| NORFOLK, VA  23541 | COMMENT:  LOWES/PRAE | |

| | | |
|---|---|---|
| **KML LAW GROUP PC*** | Trustee Claim Number:2  INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  LAKEVIEW LN SVCNG/PRAE | |

| | | |
|---|---|---|
| **ALLY BANK(*)** | Trustee Claim Number:3  INT %: 5.50% | CRED DESC:  VEHICLE |
| ATTN TRUSTEE PAYMENT CENTER | Court Claim Number:19 | ACCOUNT NO.:  9433 |
| PO BOX 78367 | | |
| | CLAIM:  13,642.47 | |
| PHOENIX, AZ  85062-8367 | COMMENT:  CL19GOV@5.5%/PL | |

| | | |
|---|---|---|
| **ALLY BANK(*)** | Trustee Claim Number:4  INT %: 5.50% | CRED DESC:  VEHICLE |
| ATTN TRUSTEE PAYMENT CENTER | Court Claim Number:20 | ACCOUNT NO.:  6474 |
| PO BOX 78367 | | |
| | CLAIM:  11,637.50 | |
| PHOENIX, AZ  85062-8367 | COMMENT:  CL20GOV@5.5%/PL | |

| | | |
|---|---|---|
| **LAKEVIEW LOAN SERVICING LLC** | Trustee Claim Number:5  INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEI |
| C/O M & T BANK | Court Claim Number:18 | ACCOUNT NO.:  4724 |
| ATTN TRUSTEE PAYMENT CTR | | |
| PO BOX 1288 | CLAIM:  0.00 | |
| BUFFALO, NY  14240-1288 | COMMENT:  PMT/DECL*CL18GOV*DKT4LMT*BGN 11/19 | |

| | | |
|---|---|---|
| **KEYBANK NA**** | Trustee Claim Number:6  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 94968 | Court Claim Number:2 | ACCOUNT NO.:  2001 |
| | CLAIM:  8,513.19 | |
| CLEVELAND, OH  44101 | COMMENT:  X0001/SCH*AES/SCH*STUDENT LOAN | |

| | | |
|---|---|---|
| **BEST BUY CREDIT SERVICES** | Trustee Claim Number:7  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 790441 | Court Claim Number: | ACCOUNT NO.:  4805 |
| | CLAIM:  0.00 | |
| SAINT LOUIS, MO  63179 | COMMENT:  NT ADR~NO$~NTC ONLY/SCH | |

| | | |
|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI** | Trustee Claim Number:8  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 71083 | Court Claim Number:9 | ACCOUNT NO.:  7157 |
| | CLAIM:  3,936.07 | |
| CHARLOTTE, NC  28272-1083 | COMMENT: | |

| | | |
|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI** | Trustee Claim Number:9  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 71083 | Court Claim Number:11 | ACCOUNT NO.:  1479 |
| | CLAIM:  3,491.50 | |
| CHARLOTTE, NC  28272-1083 | COMMENT:  HSBC BANK | |

| | | |
|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI** | Trustee Claim Number:10  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 71083 | Court Claim Number:8 | ACCOUNT NO.:  2028 |
| | CLAIM:  2,536.56 | |
| CHARLOTTE, NC  28272-1083 | COMMENT: | |

**CLAIM RECORDS**

| CAPITAL ONE BANK (USA) NA BY AMERICAN INI | Trustee Claim Number:11 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 71083 | Court Claim Number:10 | ACCOUNT NO.: 7523 |
| | CLAIM: 1,359.30 | |
| CHARLOTTE, NC 28272-1083 | COMMENT: | |

| CAPITAL ONE BANK (USA) NA BY AMERICAN INI | Trustee Claim Number:12 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 71083 | Court Claim Number:12 | ACCOUNT NO.: 2987 |
| | CLAIM: 620.82 | |
| CHARLOTTE, NC 28272-1083 | COMMENT: HSBC BANK | |

| CAPITAL ONE BANK (USA) NA BY AMERICAN INI | Trustee Claim Number:13 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 71083 | Court Claim Number:6 | ACCOUNT NO.: 2949 |
| | CLAIM: 1,442.23 | |
| CHARLOTTE, NC 28272-1083 | COMMENT: X0685/SCH | |

| CAPITAL ONE BANK (USA) NA BY AMERICAN INI | Trustee Claim Number:14 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 71083 | Court Claim Number:7 | ACCOUNT NO.: 9834 |
| | CLAIM: 539.48 | |
| CHARLOTTE, NC 28272-1083 | COMMENT: | |

| JPMORGAN CHASE BANK | Trustee Claim Number:15 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 15368 | Court Claim Number:4 | ACCOUNT NO.: 7889 |
| | CLAIM: 1,418.93 | |
| WILMINGTON, DE 19850 | COMMENT: | |

| PORTFOLIO RECOVERY ASSOCIATES, LLC | Trustee Claim Number:16 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 12914 | Court Claim Number:37 | ACCOUNT NO.: 8629 |
| | CLAIM: 3,251.24 | |
| NORFOLK, VA 23541 | COMMENT: CITIBANK*SEARS | |

| LVNV FUNDING LLC | Trustee Claim Number:17 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:30 | ACCOUNT NO.: 3786 |
| PO BOX 10587 | | |
| GREENVILLE, SC 29603-0587 | CLAIM: 3,078.13 | |
| | COMMENT: CITIBANK*SHERMAN | |

| PORTFOLIO RECOVERY ASSOCIATES, LLC | Trustee Claim Number:18 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 12914 | Court Claim Number:38 | ACCOUNT NO.: 4444 |
| | CLAIM: 194.48 | |
| NORFOLK, VA 23541 | COMMENT: CITIBANK*THD | |

| COMENITY BANK | Trustee Claim Number:19 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 182272 | Court Claim Number: | ACCOUNT NO.: 5763 |
| | CLAIM: 0.00 | |
| COLUMBUS, OH 43218 | COMMENT: NT ADR~NO$~KAY~NTC ONLY/SCH | |

| COMENITY BANK | Trustee Claim Number:20 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
|---|---|---|
| PO BOX 182272 | Court Claim Number: | ACCOUNT NO.: 1417 |
| | CLAIM: 0.00 | |
| COLUMBUS, OH 43218 | COMMENT: NT ADR~NO$~KING SIZE~NTC ONLY/SCH | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:21 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:22 | ACCOUNT NO.: 2401 |
| | CLAIM: 480.79 | |
| NORFOLK, VA 23541 | COMMENT: MAURICES*CAPITAL ONE | |

| | | |
|---|---|---|
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN** | Trustee Claim Number:22 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 788 | Court Claim Number:29 | ACCOUNT NO.: 1663 |
| | CLAIM: 40.40 | |
| KIRKLAND, WA 98083-0788 | COMMENT: WAYFAIR | |

| | | |
|---|---|---|
| **COMENITY BANK** | Trustee Claim Number:23 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 182272 | Court Claim Number: | ACCOUNT NO.: 4195 |
| | CLAIM: 0.00 | |
| COLUMBUS, OH 43218 | COMMENT: NT ADR~NO$~MPRC~NTC ONLY/SCH | |

| | | |
|---|---|---|
| **COMENITY BANK** | Trustee Claim Number:24 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 182272 | Court Claim Number: | ACCOUNT NO.: 6907 |
| | CLAIM: 0.00 | |
| COLUMBUS, OH 43218 | COMMENT: NT ADR~NO$~CATHERINE~NTC ONLY/SCH | |

| | | |
|---|---|---|
| **CREDIT FIRST NA*** | Trustee Claim Number:25 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| BK 13 CREDIT OPERATIONS* | Court Claim Number:17 | ACCOUNT NO.: 7812 |
| POB 818011* | | |
| | CLAIM: 1,744.25 | |
| CLEVELAND, OH 44181-8011 | COMMENT: X0341/SCH*FIRESTONE | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:26 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:31 | ACCOUNT NO.: 9799 |
| PO BOX 10587 | | |
| | CLAIM: 900.92 | |
| GREENVILLE, SC 29603-0587 | COMMENT: CREDIT ONE BANK*SHERMAN | |

| | | |
|---|---|---|
| **DELL FINANCIAL SERVICES LLC** | Trustee Claim Number:27 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAP SVCS | Court Claim Number:5 | ACCOUNT NO.: 8889 |
| POB 10390 | | |
| | CLAIM: 2,268.19 | |
| GREENVILLE, SC 29603-0390 | COMMENT: | |

| | | |
|---|---|---|
| **DEPARTMENT STORES NATIONAL BANK** | Trustee Claim Number:28 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O QUANTUM3 GROUP LLC | Court Claim Number:33 | ACCOUNT NO.: 6245 |
| PO BOX 657 | | |
| | CLAIM: 566.52 | |
| KIRKLAND, WA 98083-0657 | COMMENT: MACYS | |

| | | |
|---|---|---|
| **FIRST MARK SERVICES** | Trustee Claim Number:29 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 82522 | Court Claim Number: | ACCOUNT NO.: 3406 |
| | CLAIM: 0.00 | |
| LINCOLN, NE 68501 | COMMENT: | |

| | | |
|---|---|---|
| **FIRST MARK SERVICES** | Trustee Claim Number:30 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 82522 | Court Claim Number: | ACCOUNT NO.: 3465 |
| | CLAIM: 0.00 | |
| LINCOLN, NE 68501 | COMMENT: | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **FIRST MARK SERVICES** | Trustee Claim Number:31 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 82522 | Court Claim Number: | ACCOUNT NO.:  3731 |
| | CLAIM:  0.00 | |
| LINCOLN, NE  68501 | COMMENT: | |

| | | |
|---|---|---|
| **FIRST NATIONAL BANK OF OMAHA(*)** | Trustee Claim Number:32 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| 1620 DODGE ST STOP 3106* | Court Claim Number:1 | ACCOUNT NO.:  5009 |
| | CLAIM:  888.48 | |
| OMAHA, NE  68197-3106 | COMMENT:  X7706/SCH*SHEETZ | |

| | | |
|---|---|---|
| **MERCURY** | Trustee Claim Number:33 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 84064 | Court Claim Number: | ACCOUNT NO.:  1678 |
| | CLAIM:  0.00 | |
| COLUMBUS, GA  31908 | COMMENT: | |

| | | |
|---|---|---|
| **MERRICK BANK** | Trustee Claim Number:34 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS** | Court Claim Number:23 | ACCOUNT NO.:  1332 |
| POB 10368 | CLAIM:  1,698.19 | |
| GREENVILLE, SC  29603-0368 | COMMENT: | |

| | | |
|---|---|---|
| **NAVIENT** | Trustee Claim Number:35 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 9500 | Court Claim Number: | ACCOUNT NO.:  2294 |
| | CLAIM:  0.00 | |
| WILKES-BARRE, PA  18773-9500 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **NAVIENT** | Trustee Claim Number:36 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 9500 | Court Claim Number: | ACCOUNT NO.:  2310 |
| | CLAIM:  0.00 | |
| WILKES-BARRE, PA  18773-9500 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **NAVIENT PC TRUST** | Trustee Claim Number:37 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O NAVIENT SOLUTIONS INC | Court Claim Number:34 | ACCOUNT NO.:  7812 |
| PO BOX 9000 | CLAIM:  6,028.44 | |
| WILKES-BARRE, PA  18773-9000 | COMMENT:  7812/2476*X0510/SCH*DTRS ARE COSIGNERS | |

| | | |
|---|---|---|
| **NAVIENT PC TRUST** | Trustee Claim Number:38 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O NAVIENT SOLUTIONS INC | Court Claim Number:35 | ACCOUNT NO.:  7812 |
| PO BOX 9000 | CLAIM:  1,768.51 | |
| WILKES-BARRE, PA  18773-9000 | COMMENT:  7812/2476*X0528/SCH*DTRS ARE COSIGNERS | |

| | | |
|---|---|---|
| **GRANITE STATE MGMNT & RESOURCES O/B/O** | Trustee Claim Number:39 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O US DEPARTMENT OF EDUCATION | Court Claim Number:3-2 | ACCOUNT NO.:  9186 |
| PO BOX 4414 | CLAIM:  41,659.84 | |
| PORTLAND, OR  97208 | COMMENT:  X8524/SCH*AMD | |

| | | |
|---|---|---|
| **NHHEAF** | Trustee Claim Number:40 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 877 | Court Claim Number: | ACCOUNT NO.:  8424 |
| 4 BARRELL CT | CLAIM:  0.00 | |
| CONCORD, NH  03302 | COMMENT:  NT ADR/SCH | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **NHHEAF** | Trustee Claim Number:41 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 877 | Court Claim Number: | ACCOUNT NO.:  3324 |
| 4 BARRELL CT | | |
| | CLAIM:  0.00 | |
| CONCORD, NH  03302 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **PA STATE EMPLOYEES CU/PSECU** | Trustee Claim Number:42 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 67013 | Court Claim Number:15 | ACCOUNT NO.:  7812 |
| | CLAIM:  19,855.48 | |
| HARRISBURG, PA  17106-7013 | COMMENT:  LOAN 09*X0009/SCH**NO LAST PMT/CHARGE OFF DATE | |

| | | |
|---|---|---|
| **PA STATE EMPLOYEES CU/PSECU** | Trustee Claim Number:43 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 67013 | Court Claim Number:16 | ACCOUNT NO.:  7812 |
| | CLAIM:  15,282.80 | |
| HARRISBURG, PA  17106-7013 | COMMENT:  LOAN 02*X0002/SCH*ACCOUNT OPENED 12/27/17 | |

| | | |
|---|---|---|
| **PA STATE EMPLOYEES CU/PSECU** | Trustee Claim Number:44 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 67013 | Court Claim Number:14 | ACCOUNT NO.:  7812 |
| | CLAIM:  9,879.13 | |
| HARRISBURG, PA  17106-7013 | COMMENT:  LOAN 01*X0001/SCH*ACCOUNT OPENED 1/26/17 | |

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:45 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.:  5426 |
| PO BOX 41021 | | |
| | CLAIM:  0.00 | |
| NORFOLK, VA  23541 | COMMENT:  NT ADR~NO$~HH GREGG/SCH | |

| | | |
|---|---|---|
| **JEFFERSON CAPITAL SYSTEMS LLC*** | Trustee Claim Number:46 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 772813 | Court Claim Number:32 | ACCOUNT NO.:  0076 |
| | CLAIM:  626.74 | |
| CHICAGO, IL  60677-2813 | COMMENT:  REF 3519195985*LEVIN-WOLF FURNITURE | |

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:47 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.:  5637 |
| PO BOX 41021 | | |
| | CLAIM:  0.00 | |
| NORFOLK, VA  23541 | COMMENT:  NT ADR~PPC/SCH | |

| | | |
|---|---|---|
| **JEFFERSON CAPITAL SYSTEMS LLC*** | Trustee Claim Number:48 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 772813 | Court Claim Number:24 | ACCOUNT NO.:  1376 |
| | CLAIM:  1,904.03 | |
| CHICAGO, IL  60677-2813 | COMMENT:  REF 3513335082*JCP | |

| | | |
|---|---|---|
| **JEFFERSON CAPITAL SYSTEMS LLC*** | Trustee Claim Number:49 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 772813 | Court Claim Number:25 | ACCOUNT NO.:  2966 |
| | CLAIM:  6,424.77 | |
| CHICAGO, IL  60677-2813 | COMMENT:  REF 3513210069*JCP | |

| | | |
|---|---|---|
| **JEFFERSON CAPITAL SYSTEMS LLC*** | Trustee Claim Number:50 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 772813 | Court Claim Number:27 | ACCOUNT NO.:  4691 |
| | CLAIM:  3,019.43 | |
| CHICAGO, IL  60677-2813 | COMMENT:  REF 3513294065*AMAZON | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:51  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.:  7830 |
| PO BOX 41021 | | |
| | CLAIM:  0.00 | |
| NORFOLK, VA  23541 | COMMENT:  NT ADR~CARE CREDIT/SCH | |

| | | |
|---|---|---|
| **JEFFERSON CAPITAL SYSTEMS LLC\*** | Trustee Claim Number:52  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 772813 | Court Claim Number:28 | ACCOUNT NO.:  9738 |
| | CLAIM:  6,687.58 | |
| CHICAGO, IL  60677-2813 | COMMENT:  REF 3513174523\*LOWES | |

| | | |
|---|---|---|
| **JEFFERSON CAPITAL SYSTEMS LLC\*** | Trustee Claim Number:53  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 772813 | Court Claim Number:26 | ACCOUNT NO.:  9053 |
| | CLAIM:  1,990.20 | |
| CHICAGO, IL  60677-2813 | COMMENT:  REF 3513239683\*QVC | |

| | | |
|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** | Trustee Claim Number:54  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 71083 | Court Claim Number:13 | ACCOUNT NO.:  7605 |
| | CLAIM:  5,153.84 | |
| CHARLOTTE, NC  28272-1083 | COMMENT:  WALMART\*SYNCHRONY | |

| | | |
|---|---|---|
| **TD BANK USA NA\*\*** | Trustee Claim Number:55  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O WEINSTEIN & RILEY PS | Court Claim Number:36 | ACCOUNT NO.:  7592 |
| PO BOX 3978 | | |
| | CLAIM:  571.58 | |
| SEATTLE, WA  98124 | COMMENT: | |

| | | |
|---|---|---|
| **LAKEVIEW LOAN SERVICING LLC** | Trustee Claim Number:56  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| C/O M & T BANK | Court Claim Number:18 | ACCOUNT NO.:  4724 |
| ATTN TRUSTEE PAYMENT CTR | | |
| PO BOX 1288 | CLAIM:  827.48 | |
| BUFFALO, NY  14240-1288 | COMMENT:  CL18GOV\*$0/PL\*THRU 10/19 | |

| | | |
|---|---|---|
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN** | Trustee Claim Number:57  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 4457 | Court Claim Number:21 | ACCOUNT NO.:  0001 |
| | CLAIM:  136.48 | |
| HOUSTON, TX  77210-4457 | COMMENT:  NT/SCH\*NO LAST PMT/CHARGE OFF DATE | |