IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Daren K. Johnston and | : | |
| Melinda S. Johnston | : | Case No. 19-70641-JAD |
| Debtors | : | |
| | : | |
| | : | Chapter 13 |
| _____ | : | |
| Lakeview Loan Servicing LLC | : | |
| Movant | : | |
| | : | Regarding Claim No.  18 |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esq. | : | |
| Chapter 13 Trustee | : | |
| | : | |
| Additional Respondent | : | |

**CERTIFICATE OF SERVICE OF DECLARATION REGARDING NOTICE OF MONTHLY MORTGAGE PAYMENT CHANGE**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below on **December 28th, 2021.**

The type of service made on the parties were electronic service and service via U.S. Mail.

EXECUTED ON: **December 28th, 2021:**      Respectfully Submitted
**/s/ Richard G. Allen, Esq.**
Richard G. Allen
PA I.D. #304865
P.O. Box 401
Delmont, PA 15626
(814) 240-1013 (P)
(814) 806-2754 (F)
Email: richarda@johnstownbankruptcy.com

Attorney for Debtors

**MATRIX**

Office of the U.S. Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

Daren K. Johnston and Melinda S. Johnston
1960 Rt 553 Hwy,
Penn Run, PA 15765.

Brian Nicholas on behalf of Creditor Lakeview Loan Servicing LLC
bnicholas@kmllawgroup.com