**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br> DAREN K. JOHNSTON <br> MELINDA S. JOHNSTON <br><br> Debtor(s) <br> RONDA J. WINNECOUR, <br> Standing Chapter 13 Trustee, <br><br> Movant <br> vs. <br> GRANITE STATE MGMNT & RESOURCES <br> O/B/O US DEPT OF EDUCATION++ <br><br> Respondents | Case No. 19-70641JAD <br><br> Chapter 13 <br><br> Document No __ |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> MAIL TO THE CREDITOR HAS BEEN RETURNED AS UNDELIVERABLE. NO CHANGE OF ADDRESS OR AMENDED CLAIM HAS BEEN RECEIVED.

GRANITE STATE MGMNT & RESOURCES O/B/O     Court claim# 3-2/Trustee CID# 39
US DEPT OF EDUCATION++
C/O US DEPARTMENT OF EDUCATION
PO BOX 4414
PORTLAND, OR 97208


The Movant further certifies that on 11/21/2023 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>DAREN K. JOHNSTON, MELINDA S. JOHNSTON, 1960 RT. 553 HWY., PENN RUN, PA 15765 | DEBTOR'S COUNSEL:<br>RICHARD G ALLEN ESQ, LAW OFFICES OF RICHARD G ALLEN, PO BOX 401, DELMONT, PA 15626 |
| :<br>GRANITE STATE MANAGEMENT & RESOURCES++, PO BOX 3420, CONCORD, NH 03302-3420 | ORIGINAL CREDITOR'S COUNSEL:<br>JILL LOCNIKAR, ASSISTANT US ATTORNEY, US POST OFFICE & COURTHOUSE STE 4000, 700 GRANT ST, PITTSBURGH, PA 15219 |
| ORIGINAL CREDITOR:<br>GRANITE STATE MGMNT & RESOURCES O/B/O US DEPT OF EDUCATION++, C/O US DEPARTMENT OF EDUCATION, PO BOX 4414, PORTLAND, OR 97208 | |
| NEW CREDITOR: | |