IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Daren K. Johnston and | : | |
| Melinda S. Johnston | : | Case No. 19-70641-JAD |
| Debtors | : | |
| | : | |
| | : | Chapter 13 |
| _____: | | |
| Lakeview Loan Servicing LLC | : | |
| Movant | : | |
| | : | Regarding Claim No.  18 |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esq. | : | |
| Chapter 13 Trustee | : | |
| | : | |
| Additional Respondent | : | |

**CERTIFICATE OF SERVICE OF DECLARATION REGARDING NOTICE OF MONTHLY MORTGAGE
PAYMENT CHANGE**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below on **January 23rd, 2024.**

The type of service made on the parties were electronic service and service via U.S. Mail.

EXECUTED ON: **January 23rd, 2024:**          Respectfully Submitted
**/s/ Richard G. Allen, Esq.**
Richard G. Allen
PA I.D. #304865
P.O. Box 401
Delmont, PA 15626
(814) 240-1013 (P)
(814) 806-2754 (F)
Email: richarda@johnstownbankruptcy.com

Attorney for Debtors

**MATRIX**

Office of the U.S. Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

Daren K. Johnston and Melinda S. Johnston
1960 Rt 553 Hwy,
Penn Run, PA 15765

Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
on behalf of Creditor Lakeview Loan Servicing LLC