Certificate Number: 16339-PAW-DE-038208465

Bankruptcy Case Number: 19-70641



16339-PAW-DE-038208465

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 21, 2024, at 9:30 o'clock PM EST, Daren Johnston completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   February 21, 2024            By:    /s/Kelley Tipton

Name:  Kelley Tipton

Title:   Certified Financial Counselor