Form 408

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Daren K. Johnston**
**Melinda S. Johnston**
Debtor(s)

Bankruptcy Case No.: 19−70641−JAD
Related to Doc. #71
Chapter: 13
Docket No.: 72 − 71

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

  **AND NOW,** this The 26th of February, 2025, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

  **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 4/22/25.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **4/29/25 at 10:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **4/22/25.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-70641-JAD |
| Daren K. Johnston | Chapter 13 |
| Melinda S. Johnston | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 4 |
| Date Rcvd: Feb 26, 2025 | Form ID: 408 | Total Noticed: 65 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Daren K. Johnston, Melinda S. Johnston, 1960 Rt. 553 Hwy., Penn Run, PA 15765-8246 |
| 15138453 | + | New Hampshire Higher Ed/Granite State Ma, Attn: Bankruptcy, P.O. Box 2097, Concord, NH 03302-2097 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 27 2025 01:28:48 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 27 2025 01:39:51 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 27 2025 01:29:26 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 27 2025 01:39:44 | Resurgent Receivables LLC, PO Box10587, Greenville, SC 29603-0587 |
| 15138429 | + | Email/Text: bncnotifications@pheaa.org | Feb 27 2025 00:37:00 | Aes/keybank, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 15166394 | | Email/Text: ally@ebn.phinsolutions.com | Feb 27 2025 00:36:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 15138430 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 27 2025 00:36:00 | Ally Financial, Attn: Bankruptcy Dept, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 15138431 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 27 2025 02:21:39 | Best Buy Credit Services, P.O. Box 9001007, Louisville, KY 40290-1007 |
| 15163367 | | Email/Text: BKPT@cfna.com | Feb 27 2025 00:36:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 15138432 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 27 2025 01:50:32 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15155772 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 27 2025 01:28:38 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15138433 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 27 2025 01:15:44 | Chase Card Services, Attn: Bankruptcy, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 15138434 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 27 2025 02:33:25 | Citi/Sears, Citibank/Centralized Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15138435 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 27 2025 01:28:54 | Citibank, Attn: Recovery/Centralized Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |

Case 19-70641-JAD    Doc 73    Filed 02/28/25    Entered 03/01/25 00:31:25    Desc Imaged
                              Certificate of Notice    Page 3 of 5

| District/off: 0315-7 | User: auto | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Feb 26, 2025 | Form ID: 408 | Total Noticed: 65 |

| Recip ID | | Notice Method | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| 15138436 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 27 2025 01:39:44 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15138437 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 27 2025 00:37:00 | Comenity Bank/Kay Jewelers, Attn: Bankruptcy Dept, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15138438 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 27 2025 00:37:00 | Comenity Bank/King Size, Attn: Bankruptcy, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15138439 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 27 2025 00:37:00 | Comenity Bank/Maurices, Attn: Bankruptcy, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15138440 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 27 2025 00:37:00 | Comenity Bank/Wayfair, Attn: Bankruptcy Dept, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15138441 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 27 2025 00:37:00 | Comenity/ MPRC, Attn: Bankruptcy, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15138442 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 27 2025 00:37:00 | Comenitybank/catherine, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15138443 | + | Email/Text: BKPT@cfna.com | Feb 27 2025 00:36:00 | Credit First National Association, Attn: Bankruptcy, P.O. Box 81315, Cleveland, OH 44181-0315 |
| 15138444 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 27 2025 01:29:13 | Credit One Bank, Attn: Bankruptcy Department, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 15138445 | | Email/PDF: DellBKNotifications@resurgent.com | Feb 27 2025 01:28:40 | Dell Financial Services LLC, Attn: President/CEO, P.O. Box 81577, Austin, TX 78708 |
| 15152670 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 27 2025 01:29:17 | Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 15138446 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 27 2025 01:29:18 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15172053 | | Email/Text: bnc-quantum@quantum3group.com | Feb 27 2025 00:37:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15138448 | | Email/Text: collecadminbankruptcy@fnni.com | Feb 27 2025 00:37:00 | First National Bank, Attn: Bankruptcy, 1620 Dodge St Mailstop 4440, Omaha, NE 68197 |
| 15139968 | | Email/Text: collecadminbankruptcy@fnni.com | Feb 27 2025 00:37:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 15138447 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Feb 27 2025 00:36:00 | First Mark Services, Attn: Bankruptcy, P.O. Box 82522, Lincoln, NE 68501 |
| 15149140 | + | Email/Text: EBN@edfinancial.com | Feb 27 2025 00:36:00 | Granite State Management & Resources, o/b/o The U.S. Department of Education, PO Box 3420, Concord, NH 03302-3420 |
| 15169368 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 27 2025 00:54:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15152333 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Feb 27 2025 00:36:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15146035 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Feb 27 2025 00:54:00 | KeyBank N.A., 4910 Tiedeman Rd, Brooklyn, oh 44144-2338 |
| 15560465 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 27 2025 01:28:40 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15171474 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 27 2025 01:28:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15163781 | ^ | MEBN | Feb 27 2025 00:19:49 | Lakeview Loan Servicing LLC, PO Box 840, |

Case 19-70641-JAD    Doc 73    Filed 02/28/25    Entered 03/01/25 00:31:25    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-7 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 26, 2025 | Form ID: 408 | Total Noticed: 65 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| 15138449 | | Email/Text: camanagement@mtb.com | Feb 27 2025 00:37:00 | M & T Bank, Attn: Bankruptcy, P.O. Box 844, Buffalo, NY 14240 |
| 15168783 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 27 2025 01:16:05 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15138450 | + | Email/Text: bankruptcy.handling@bankeasy.com | Feb 27 2025 00:54:00 | Mercury/FBT, Attn: Bankruptcy, P.O. Box 84064, Columbus, GA 31908-4064 |
| 15138451 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 27 2025 01:15:20 | Merrick Bank/CardWorks, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 15138452 | + | Email/PDF: bankruptcy_prod@navient.com | Feb 27 2025 01:40:03 | Navient, Attn: Bankruptcy, P.O. Box 9640, Wiles-Barre, PA 18773-9640 |
| 15172107 | | Email/PDF: bankruptcy_prod@navient.com | Feb 27 2025 01:29:33 | Navient PC TRUST, c/o Navient Solutions, LLC, PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 15138454 | + | Email/Text: bankruptcynotices@psecu.com | Feb 27 2025 00:54:00 | P S E C U, Attention: Bankruptcy, P.O. Box 67013, Harrisburg, PA 17106-7013 |
| 15166529 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 27 2025 02:02:03 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15162724 | + | Email/Text: bankruptcynotices@psecu.com | Feb 27 2025 00:54:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 15170877 | | Email/Text: bnc-quantum@quantum3group.com | Feb 27 2025 00:37:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15641214 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 27 2025 01:28:42 | Resurgent Receivables LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15138456 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 27 2025 01:15:37 | Syncb/Levin Furniture, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15138457 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 27 2025 01:16:27 | Syncb/PPC, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15138455 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 27 2025 01:28:36 | Syncb/hhgreg, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15138458 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 27 2025 01:29:09 | Synchrony Bank, Attn: Bankruptcy Dept, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15138784 | ^ | MEBN | Feb 27 2025 00:21:19 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15138459 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 27 2025 01:16:26 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, P.O. Box 956060, Orlando, FL 32896-0001 |
| 15138460 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 27 2025 01:15:44 | Synchrony Bank/Amazon, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15138461 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 27 2025 01:50:45 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15138462 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 27 2025 01:29:09 | Synchrony Bank/Lowes, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15138463 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 27 2025 02:01:56 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15138464 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 27 2025 01:15:37 | Synchrony Bank/Walmart, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15172923 | + | Email/Text: bncmail@w-legal.com | Feb 27 2025 00:54:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15138465 | + | Email/Text: bncmail@w-legal.com | Feb 27 2025 00:37:00 | Target, Attn: Bankruptcy, P.O. Box 9475, Buffalo, NY 14240-0840 |

| Recip ID | | | | |
|---|---|---|---|---|
| 15661505 | + Email/Text: EBN@edfinancial.com | | Feb 27 2025 00:36:00 | Minneapolis, MN 55440-9475<br>US Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 15166409 | Email/PDF: ebn_ais@aisinfo.com | | Feb 27 2025 01:51:03 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 63

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing LLC |
| cr | | M&T BANK |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | US Department of Education, 120 N Seven Oaks Drive, knoxville, tn 37922-2359 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor Lakeview Loan Servicing LLC blemon@kmllawgroup.com lemondropper75@hotmail.com |
| Denise Carlon | on behalf of Creditor Lakeview Loan Servicing LLC dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Richard G. Allen | on behalf of Debtor Daren K. Johnston ecf@johnstownbankruptcy.com mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com |
| Richard G. Allen | on behalf of Joint Debtor Melinda S. Johnston ecf@johnstownbankruptcy.com mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6