**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| DAREN K. JOHNSTON | Case No.:19-70641 JAD |
| MELINDA S. JOHNSTON | |
| Debtor(s) | Chapter 13 |
| | |
| Ronda J. Winnecour | Document No.: |
| Chapter 13 Trustee, | |
| Movant | |
| vs. | |
| No Respondents. | |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

February 25, 2025

/s/  Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 10/11/2019  and confirmed on 1/3/20 .  The case was subsequently    Completed
After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 258,630.00 |
| Less Refunds to Debtor | 6,661.10 | |
| TOTAL AMOUNT OF PLAN FUND | | 251,968.90 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,500.00 | |
|   Trustee Fee | 12,860.75 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 16,360.75 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 47,051.93 | 0.00 | 47,051.93 |
|     Acct: 4724 | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 827.48 | 827.48 | 0.00 | 827.48 |
|     Acct: 4724 | | | | |
|   ALLY BANK(*) | 13,642.47 | 13,642.47 | 2,007.22 | 15,649.69 |
|     Acct: 9433 | | | | |
|   LVNV FUNDING LLC | 11,637.50 | 11,637.50 | 1,719.46 | 13,356.96 |
|     Acct: 6474 | | | | |
| | | | | 76,886.06 |
| **Priority** | | | | |
|   RICHARD G ALLEN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAREN K. JOHNSTON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAREN K. JOHNSTON | 4,173.00 | 4,173.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAREN K. JOHNSTON | 2,488.10 | 2,488.10 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICES OF RICHARD G ALLEN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICHARD G ALLEN ESQ | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***N O N E*** | | | |
| **Unsecured** | | | | |
|   NAVIENT PC TRUST | 5,072.46 | 5,072.46 | 0.00 | 5,072.46 |
|     Acct: 7812 | | | | |
|   NAVIENT PC TRUST | 1,488.06 | 1,488.06 | 0.00 | 1,488.06 |
|     Acct: 7812 | | | | |
|   KEYBANK NA** | 8,513.19 | 8,513.19 | 0.00 | 8,513.19 |
|     Acct: 2001 | | | | |
|   BEST BUY CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4805 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 3,936.07 | 3,936.07 | 0.00 | 3,936.07 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Unsecured** | | | | |
| Acct: 7157 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 3,491.50 | 3,491.50 | 0.00 | 3,491.50 |
| Acct: 1479 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 2,536.56 | 2,536.56 | 0.00 | 2,536.56 |
| Acct: 2028 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 1,359.30 | 1,359.30 | 0.00 | 1,359.30 |
| Acct: 7523 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 620.82 | 620.82 | 0.00 | 620.82 |
| Acct: 2987 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 1,442.23 | 1,442.23 | 0.00 | 1,442.23 |
| Acct: 2949 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 539.48 | 539.48 | 0.00 | 539.48 |
| Acct: 9834 | | | | |
| JPMORGAN CHASE BANK | 1,418.93 | 1,418.93 | 0.00 | 1,418.93 |
| Acct: 7889 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 3,251.24 | 3,251.24 | 0.00 | 3,251.24 |
| Acct: 8629 | | | | |
| LVNV FUNDING LLC | 3,078.13 | 3,078.13 | 0.00 | 3,078.13 |
| Acct: 3786 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 194.48 | 194.48 | 0.00 | 194.48 |
| Acct: 4444 | | | | |
| COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5763 | | | | |
| COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1417 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 480.79 | 480.79 | 0.00 | 480.79 |
| Acct: 2401 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENIT | 40.40 | 40.40 | 0.00 | 40.40 |
| Acct: 1663 | | | | |
| COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4195 | | | | |
| COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6907 | | | | |
| CREDIT FIRST NA* | 1,744.25 | 1,744.25 | 0.00 | 1,744.25 |
| Acct: 7812 | | | | |
| LVNV FUNDING LLC | 900.92 | 900.92 | 0.00 | 900.92 |
| Acct: 9799 | | | | |
| RESURGENT RECEIVABLES LLC | 2,268.19 | 2,268.19 | 0.00 | 2,268.19 |
| Acct: 1958 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 566.52 | 566.52 | 0.00 | 566.52 |
| Acct: 6245 | | | | |
| FIRSTMARK SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3406 | | | | |
| FIRSTMARK SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3465 | | | | |
| FIRSTMARK SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3731 | | | | |
| FIRST NATIONAL BANK OF OMAHA(*) | 888.48 | 888.48 | 0.00 | 888.48 |
| Acct: 5009 | | | | |
| MERCURY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1678 | | | | |
| MERRICK BANK | 1,698.19 | 1,698.19 | 0.00 | 1,698.19 |
| Acct: 1332 | | | | |
| NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2294 | | | | |
| NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2310 | | | | |
| US DEPARTMENT OF EDUCATION | 41,659.84 | 41,659.84 | 0.00 | 41,659.84 |
| Acct: 7812 | | | | |
| NHHEAF | 0.00 | 0.00 | 0.00 | 0.00 |

19-70641 JAD                                                                 Page 3 of 3

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 8424 | | | | |
| NHHEAF | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3324 | | | | |
| PA STATE EMPLOYEES CU/PSECU | 19,855.48 | 19,855.48 | 0.00 | 19,855.48 |
| Acct: 7812 | | | | |
| PA STATE EMPLOYEES CU/PSECU | 15,282.80 | 15,282.80 | 0.00 | 15,282.80 |
| Acct: 7812 | | | | |
| PA STATE EMPLOYEES CU/PSECU | 9,879.13 | 9,879.13 | 0.00 | 9,879.13 |
| Acct: 7812 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5426 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 626.74 | 626.74 | 0.00 | 626.74 |
| Acct: 0076 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5637 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 1,904.03 | 1,904.03 | 0.00 | 1,904.03 |
| Acct: 1376 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 6,424.77 | 6,424.77 | 0.00 | 6,424.77 |
| Acct: 2966 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 3,019.43 | 3,019.43 | 0.00 | 3,019.43 |
| Acct: 4691 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7830 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 6,687.58 | 6,687.58 | 0.00 | 6,687.58 |
| Acct: 9738 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 1,990.20 | 1,990.20 | 0.00 | 1,990.20 |
| Acct: 9053 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 5,153.84 | 5,153.84 | 0.00 | 5,153.84 |
| Acct: 7605 | | | | |
| TD BANK USA NA** | 571.58 | 571.58 | 0.00 | 571.58 |
| Acct: 7592 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 136.48 | 136.48 | 0.00 | 136.48 |
| Acct: 0001 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9738 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 158,722.09 |

TOTAL PAID TO CREDITORS                                                          235,608.15

TOTAL CLAIMED
PRIORITY            0.00
SECURED        26,107.45
UNSECURED     158,722.09

Date: 02/25/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  DAREN K. JOHNSTON<br>  MELINDA S. JOHNSTON<br>          Debtor(s)<br><br>  Ronda J. Winnecour<br>          Movant<br>              vs.<br>  No Repondents. | Case No.:19-70641 JAD<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2).  The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3).  To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4).  Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5).  Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6).  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 19-70641-JAD

Daren K. Johnston                                                                    Chapter 13

Melinda S. Johnston

      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7                              User: auto                                      Page 1 of 4

Date Rcvd: Feb 26, 2025                   Form ID: pdf900                              Total Noticed: 65

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Daren K. Johnston, Melinda S. Johnston, 1960 Rt. 553 Hwy., Penn Run, PA 15765-8246 |
| 15138453 | + | New Hampshire Higher Ed/Granite State Ma, Attn: Bankruptcy, P.O. Box 2097, Concord, NH 03302-2097 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 27 2025 01:29:15 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 27 2025 01:28:42 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 27 2025 01:28:40 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 27 2025 03:46:23 | Resurgent Receivables LLC, PO Box10587, Greenville, SC 29603-0587 |
| 15138429 | + | Email/Text: bncnotifications@pheaa.org | Feb 27 2025 00:37:00 | Aes/keybank, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 15166394 | | Email/Text: ally@ebn.phinsolutions.com | Feb 27 2025 00:36:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 15138430 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 27 2025 00:36:00 | Ally Financial, Attn: Bankruptcy Dept, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 15138431 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 27 2025 01:40:11 | Best Buy Credit Services, P.O. Box 9001007, Louisville, KY 40290-1007 |
| 15163367 | | Email/Text: BKPT@cfna.com | Feb 27 2025 00:36:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 15138432 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 27 2025 01:28:40 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15155772 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 27 2025 01:29:25 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15138433 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 27 2025 01:16:16 | Chase Card Services, Attn: Bankruptcy, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 15138434 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 27 2025 01:28:42 | Citi/Sears, Citibank/Centralized Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15138435 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 27 2025 01:28:53 | Citibank, Attn: Recovery/Centralized Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |

| District/off: 0315-7 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 26, 2025 | Form ID: pdf900 | Total Noticed: 65 |

| | | | | |
|---|---|---|---|---|
| 15138436 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | Feb 27 2025 01:40:16 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15138437 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | Feb 27 2025 00:37:00 | Comenity Bank/Kay Jewelers, Attn: Bankruptcy Dept, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15138438 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | Feb 27 2025 00:37:00 | Comenity Bank/King Size, Attn: Bankruptcy, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15138439 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | Feb 27 2025 00:37:00 | Comenity Bank/Maurices, Attn: Bankruptcy, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15138440 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | Feb 27 2025 00:37:00 | Comenity Bank/Wayfair, Attn: Bankruptcy Dept, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15138441 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | Feb 27 2025 00:37:00 | Comenity/ MPRC, Attn: Bankruptcy, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15138442 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | Feb 27 2025 00:37:00 | Comenitybank/catherine, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15138443 | + Email/Text: BKPT@cfna.com | | Feb 27 2025 00:36:00 | Credit First National Association, Attn: Bankruptcy, P.O. Box 81315, Cleveland, OH 44181-0315 |
| 15138444 | + Email/PDF: creditonebknotifications@resurgent.com | | Feb 27 2025 01:28:40 | Credit One Bank, Attn: Bankruptcy Department, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 15138445 | Email/PDF: DellBKNotifications@resurgent.com | | Feb 27 2025 01:28:40 | Dell Financial Services LLC, Attn: President/CEO, P.O. Box 81577, Austin, TX 78708 |
| 15152670 | Email/PDF: resurgentbknotifications@resurgent.com | | Feb 27 2025 01:50:39 | Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 15138446 | Email/PDF: Citi.BNC.Correspondence@citi.com | | Feb 27 2025 01:29:26 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15172053 | Email/Text: bnc-quantum@quantum3group.com | | Feb 27 2025 00:37:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15138448 | Email/Text: collecadminbankruptcy@fnni.com | | Feb 27 2025 00:37:00 | First National Bank, Attn: Bankruptcy, 1620 Dodge St Mailstop 4440, Omaha, NE 68197 |
| 15139968 | Email/Text: collecadminbankruptcy@fnni.com | | Feb 27 2025 00:37:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 15138447 | Email/Text: FirstmarkAccountMa@firstmarkservices.com | | Feb 27 2025 00:36:00 | First Mark Services, Attn: Bankruptcy, P.O. Box 82522, Lincoln, NE 68501 |
| 15149140 | + Email/Text: EBN@edfinancial.com | | Feb 27 2025 00:36:00 | Granite State Management & Resources, o/b/o The U.S. Department of Education, PO Box 3420, Concord, NH 03302-3420 |
| 15169368 | Email/Text: JCAP_BNC_Notices@jcap.com | | Feb 27 2025 00:54:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15152333 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | | Feb 27 2025 00:36:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15146035 | + Email/Text: key_bankruptcy_ebnc@keybank.com | | Feb 27 2025 00:54:00 | KeyBank N.A., 4910 Tiedeman Rd, Brooklyn, oh 44144-2338 |
| 15560465 | + Email/PDF: resurgentbknotifications@resurgent.com | | Feb 27 2025 03:46:19 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15171474 | Email/PDF: resurgentbknotifications@resurgent.com | | Feb 27 2025 01:28:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15163781 | ^ MEBN | | Feb 27 2025 00:19:50 | Lakeview Loan Servicing LLC, PO Box 840, |

District/off: 0315-7                     User: auto                                    Page 3 of 4
Date Rcvd: Feb 26, 2025                  Form ID: pdf900                                Total Noticed: 65

| | | | |
|---|---|---|---|
| | | | Buffalo, NY 14240-0840 |
| 15138449 | | Email/Text: camanagement@mtb.com | |
| | | Feb 27 2025 00:37:00 | M & T Bank, Attn: Bankruptcy, P.O. Box 844, Buffalo, NY 14240 |
| 15168783 | | Email/PDF: MerrickBKNotifications@Resurgent.com | |
| | | Feb 27 2025 01:15:43 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15138450 | + | Email/Text: bankruptcy.handling@bankeasy.com | |
| | | Feb 27 2025 00:54:00 | Mercury/FBT, Attn: Bankruptcy, P.O. Box 84064, Columbus, GA 31908-4064 |
| 15138451 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | |
| | | Feb 27 2025 01:15:20 | Merrick Bank/CardWorks, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 15138452 | + | Email/PDF: bankruptcy_prod@navient.com | |
| | | Feb 27 2025 01:28:52 | Navient, Attn: Bankruptcy, P.O. Box 9640, Wiles-Barre, PA 18773-9640 |
| 15172107 | | Email/PDF: bankruptcy_prod@navient.com | |
| | | Feb 27 2025 03:46:23 | Navient PC TRUST, c/o Navient Solutions, LLC, PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 15138454 | + | Email/Text: bankruptcynotices@psecu.com | |
| | | Feb 27 2025 00:54:00 | P S E C U, Attention: Bankruptcy, P.O. Box 67013, Harrisburg, PA 17106-7013 |
| 15166529 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Feb 27 2025 01:29:16 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15162724 | + | Email/Text: bankruptcynotices@psecu.com | |
| | | Feb 27 2025 00:54:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 15170877 | | Email/Text: bnc-quantum@quantum3group.com | |
| | | Feb 27 2025 00:37:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15641214 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Feb 27 2025 01:50:59 | Resurgent Receivables LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15138456 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Feb 27 2025 01:15:29 | Syncb/Levin Furniture, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15138457 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Feb 27 2025 01:40:07 | Syncb/PPC, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15138455 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Feb 27 2025 01:28:40 | Syncb/hhgreg, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15138458 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Feb 27 2025 01:28:36 | Synchrony Bank, Attn: Bankruptcy Dept, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15138784 | ^ | MEBN | |
| | | Feb 27 2025 00:21:20 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15138459 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Feb 27 2025 01:15:23 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, P.O. Box 956060, Orlando, FL 32896-0001 |
| 15138460 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Feb 27 2025 01:15:29 | Synchrony Bank/Amazon, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15138461 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Feb 27 2025 01:28:40 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15138462 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Feb 27 2025 01:28:38 | Synchrony Bank/Lowes, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15138463 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Feb 27 2025 01:29:27 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15138464 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Feb 27 2025 01:16:12 | Synchrony Bank/Walmart, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15172923 | + | Email/Text: bncmail@w-legal.com | |
| | | Feb 27 2025 00:54:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15138465 | + | Email/Text: bncmail@w-legal.com | |
| | | Feb 27 2025 00:37:00 | Target, Attn: Bankruptcy, P.O. Box 9475, |

District/off: 0315-7                          User: auto                                      Page 4 of 4

Date Rcvd: Feb 26, 2025                        Form ID: pdf900                                  Total Noticed: 65

|  |  |  | Minneapolis, MN 55440-9475 |
| 15661505 | + Email/Text: EBN@edfinancial.com |  |  |
|  |  | Feb 27 2025 00:36:00 | US Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 15166409 | Email/PDF: ebn_ais@aisinfo.com |  |  |
|  |  | Feb 27 2025 01:29:33 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 63

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Lakeview Loan Servicing LLC |
| cr |  | M&T BANK |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | US Department of Education, 120 N Seven Oaks Drive, knoxville, tn 37922-2359 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2025                       Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor Lakeview Loan Servicing LLC blemon@kmllawgroup.com  lemondropper75@hotmail.com |
| Denise Carlon | on behalf of Creditor Lakeview Loan Servicing LLC dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Richard G. Allen | on behalf of Debtor Daren K. Johnston ecf@johnstownbankruptcy.com mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com |
| Richard G. Allen | on behalf of Joint Debtor Melinda S. Johnston ecf@johnstownbankruptcy.com mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6