**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Bankruptcy 19-70641-JAD |
| **Daren K. Johnston and** | : | |
| **Melinda S. Johnston** | : | |
| | : | |
| **Debtors** | : | |
| | : | Chapter 13 |

**DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtors have made all payments required by their Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtord ineligible for a discharge.

4. On February 22nd, 2024, at docket numbers 62 and 63, the Debtors both filed a *Certification of Completion of Post-Petition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the forms.

   This Certification is being signed under penalty of perjury by the Undersigned Counsel who duly questioned the Debtor about the statements in this Certification and verified the answers in support of this Certification.

Date:   April 7th, 2025:            Respectfully Submitted:

                                    **/s/ Richard G. Allen, Esquire**
                                    Richard G. Allen, Esquire
                                    752 Bedford Street
                                    Johnstown, PA 15902
                                    PA ID #   304865
                                    (814) 240-1013 (phone)
                                    (814) 806-2754 (fax)
                                    richarda@johnstownbankruptcy.com
                                    Attorney for Debtors

**PAWB Local Form 24 (07/13)**