| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Daren K. Johnston<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7812<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Melinda S. Johnston<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2476<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   19–70641–JAD | | |

## Order of Discharge   12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Daren K. Johnston                    Melinda S. Johnston

_4/24/25_                            **By the court:** Jeffery A. Deller
                                     United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Daren K. Johnston  
Melinda S. Johnston  
    Debtors

Case No. 19-70641-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: auto      Page 1 of 4  
Date Rcvd: Apr 24, 2025      Form ID: 3180W      Total Noticed: 67

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Daren K. Johnston, Melinda S. Johnston, 1960 Rt. 553 Hwy., Penn Run, PA 15765-8246 |
| 15138453 | + | New Hampshire Higher Ed/Granite State Ma, Attn: Bankruptcy, P.O. Box 2097, Concord, NH 03302-2097 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Apr 25 2025 03:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Apr 25 2025 03:44:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Apr 25 2025 03:44:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Apr 25 2025 03:44:00 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: PRA.COM | Apr 25 2025 03:44:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 24 2025 23:50:50 | Resurgent Receivables LLC, PO Box10587, Greenville, SC 29603-0587 |
| 15138429 | + | Email/Text: bncnotifications@pheaa.org | Apr 24 2025 23:49:00 | Aes/keybank, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 15166394 | | EDI: GMACFS.COM | Apr 25 2025 03:44:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 15138430 | + | EDI: GMACFS.COM | Apr 25 2025 03:44:00 | Ally Financial, Attn: Bankruptcy Dept, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 15138431 | | EDI: CITICORP | Apr 25 2025 03:44:00 | Best Buy Credit Services, P.O. Box 9001007, Louisville, KY 40290-1007 |
| 15163367 | | EDI: CRFRSTNA.COM | Apr 25 2025 03:44:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 15138432 | + | EDI: CAPITALONE.COM | Apr 25 2025 03:44:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15155772 | | EDI: CAPITALONE.COM | Apr 25 2025 03:44:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |

Case 19-70641-JAD  Doc 79  Filed 04/26/25  Entered 04/27/25 00:27:18  Desc Imaged
Certificate of Notice  Page 4 of 6

| District/off: 0315-7 | User: auto | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Apr 24, 2025 | Form ID: 3180W | Total Noticed: 67 |

| ID | | Method | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| 15138433 | + | EDI: JPMORGANCHASE | Apr 25 2025 03:44:00 | Chase Card Services, Attn: Bankruptcy, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 15138434 | + | EDI: CITICORP | Apr 25 2025 03:44:00 | Citi/Sears, Citibank/Centralized Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15138435 | + | EDI: CITICORP | Apr 25 2025 03:44:00 | Citibank, Attn: Recovery/Centralized Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15138436 | + | EDI: CITICORP | Apr 25 2025 03:44:00 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15138437 | + | EDI: WFNNB.COM | Apr 25 2025 03:44:00 | Comenity Bank/Kay Jewelers, Attn: Bankruptcy Dept, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15138438 | + | EDI: WFNNB.COM | Apr 25 2025 03:44:00 | Comenity Bank/King Size, Attn: Bankruptcy, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15138439 | + | EDI: WFNNB.COM | Apr 25 2025 03:44:00 | Comenity Bank/Maurices, Attn: Bankruptcy, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15138440 | + | EDI: WFNNB.COM | Apr 25 2025 03:44:00 | Comenity Bank/Wayfair, Attn: Bankruptcy Dept, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15138441 | + | EDI: WFNNB.COM | Apr 25 2025 03:44:00 | Comenity/ MPRC, Attn: Bankruptcy, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15138442 | + | EDI: WFNNB.COM | Apr 25 2025 03:44:00 | Comenitybank/catherine, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15138443 | + | EDI: CRFRSTNA.COM | Apr 25 2025 03:44:00 | Credit First National Association, Attn: Bankruptcy, P.O. Box 81315, Cleveland, OH 44181-0315 |
| 15138444 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 24 2025 23:50:18 | Credit One Bank, Attn: Bankruptcy Department, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 15138445 | | Email/PDF: DellBKNotifications@resurgent.com | Apr 24 2025 23:50:19 | Dell Financial Services LLC, Attn: President/CEO, P.O. Box 81577, Austin, TX 78708 |
| 15152670 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 24 2025 23:50:20 | Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 15138446 | | EDI: CITICORP | Apr 25 2025 03:44:00 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15172053 | | EDI: Q3G.COM | Apr 25 2025 03:44:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15138448 | | Email/Text: collecadminbankruptcy@fnni.com | Apr 24 2025 23:49:00 | First National Bank, Attn: Bankruptcy, 1620 Dodge St Mailstop 4440, Omaha, NE 68197 |
| 15139968 | | Email/Text: collecadminbankruptcy@fnni.com | Apr 24 2025 23:49:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 15138447 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Apr 24 2025 23:49:00 | First Mark Services, Attn: Bankruptcy, P.O. Box 82522, Lincoln, NE 68501 |
| 15149140 | + | Email/Text: EBN@edfinancial.com | Apr 24 2025 23:49:00 | Granite State Management & Resources, o/b/o The U.S. Department of Education, PO Box 3420, Concord, NH 03302-3420 |
| 15169368 | | EDI: JEFFERSONCAP.COM | Apr 25 2025 03:44:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15152333 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Apr 24 2025 23:49:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15146035 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Apr 24 2025 23:49:00 | KeyBank N.A., 4910 Tiedeman Rd, Brooklyn, oh |

Case 19-70641-JAD    Doc 79    Filed 04/26/25    Entered 04/27/25 00:27:18    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0315-7 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 24, 2025 | Form ID: 3180W | Total Noticed: 67 |

| Recipient ID | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|
| | | | 44144-2338 |
| 15560465 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 24 2025 23:50:20 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15171474 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 24 2025 23:51:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15163781 | ^ MEBN | Apr 24 2025 23:42:02 | Lakeview Loan Servicing LLC, PO Box 840, Buffalo, NY 14240-0840 |
| 15138449 | Email/Text: camanagement@mtb.com | Apr 24 2025 23:49:00 | M & T Bank, Attn: Bankruptcy, P.O. Box 844, Buffalo, NY 14240 |
| 15168783 | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 25 2025 00:01:48 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15138450 | + Email/Text: Mercury@ebn.phinsolutions.com | Apr 24 2025 23:49:00 | Mercury/FBT, Attn: Bankruptcy, P.O. Box 84064, Columbus, GA 31908-4064 |
| 15138451 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 24 2025 23:50:23 | Merrick Bank/CardWorks, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 15138452 | + Email/PDF: bankruptcy_prod@navient.com | Apr 24 2025 23:51:20 | Navient, Attn: Bankruptcy, P.O. Box 9640, Wiles-Barre, PA 18773-9640 |
| 15172107 | Email/PDF: bankruptcy_prod@navient.com | Apr 24 2025 23:51:21 | Navient PC TRUST, c/o Navient Solutions, LLC, PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 15138454 | + EDI: G2RSPSECU | Apr 25 2025 03:44:00 | P S E C U, Attention: Bankruptcy, P.O. Box 67013, Harrisburg, PA 17106-7013 |
| 15166529 | EDI: PRA.COM | Apr 25 2025 03:44:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15162724 | + EDI: G2RSPSECU | Apr 25 2025 03:44:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 15170877 | EDI: Q3G.COM | Apr 25 2025 03:44:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15641214 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 24 2025 23:50:19 | Resurgent Receivables LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15138456 | + EDI: SYNC | Apr 25 2025 03:44:00 | Syncb/Levin Furniture, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15138457 | + EDI: SYNC | Apr 25 2025 03:44:00 | Syncb/PPC, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15138455 | + EDI: SYNC | Apr 25 2025 03:44:00 | Syncb/hhgreg, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15138458 | + EDI: SYNC | Apr 25 2025 03:44:00 | Synchrony Bank, Attn: Bankruptcy Dept, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15138784 | ^ MEBN | Apr 24 2025 23:42:08 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15138459 | + EDI: SYNC | Apr 25 2025 03:44:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, P.O. Box 956060, Orlando, FL 32896-0001 |
| 15138460 | + EDI: SYNC | Apr 25 2025 03:44:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15138461 | + EDI: SYNC | Apr 25 2025 03:44:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15138462 | + EDI: SYNC | Apr 25 2025 03:44:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15138463 | + EDI: SYNC | Apr 25 2025 03:44:00 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, P.O. Box 965060, Orlando, FL 32896-5060 |

Case 19-70641-JAD    Doc 79    Filed 04/26/25    Entered 04/27/25 00:27:18    Desc Imaged
Certificate of Notice    Page 6 of 6

| District/off: 0315-7 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Apr 24, 2025 | Form ID: 3180W | Total Noticed: 67 |

| 15138464 | + | EDI: SYNC | Apr 25 2025 03:44:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15172923 | + | Email/Text: bncmail@w-legal.com | Apr 24 2025 23:49:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15138465 | + | EDI: WTRRNBANK.COM | Apr 25 2025 03:44:00 | Target, Attn: Bankruptcy, P.O. Box 9475, Minneapolis, MN 55440-9475 |
| 15661505 | + | Email/Text: EBN@edfinancial.com | Apr 24 2025 23:49:00 | US Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 15166409 | | EDI: AIS.COM | Apr 25 2025 03:44:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 65

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing LLC |
| cr | | M&T BANK |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | US Department of Education, 120 N Seven Oaks Drive, knoxville, tn 37922-2359 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2025 at the address(es) listed below:

**Name**    **Email Address**

Denise Carlon
on behalf of Creditor Lakeview Loan Servicing LLC dcarlon@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Richard G. Allen
on behalf of Debtor Daren K. Johnston ecf@johnstownbankruptcy.com
mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com

Richard G. Allen
on behalf of Joint Debtor Melinda S. Johnston ecf@johnstownbankruptcy.com
mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 5