IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

IN RE:
DAREN K. JOHNSTON
MELINDA S. JOHNSTON
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:19-70641 JAD

Chapter 13

Related to Doc No.: 71

ORDER OF COURT

AND NOW, this \_\_\_\_24th\_\_\_\_ day of \_\_April\_\_\_\_\_, 20\_25\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE
Jeffery A. Deller

FILED
4/24/25 8:22 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-70641-JAD |
| Daren K. Johnston | Chapter 13 |
| Melinda S. Johnston | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 4 |
| Date Rcvd: Apr 24, 2025 | Form ID: pdf900 | Total Noticed: 65 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Daren K. Johnston, Melinda S. Johnston, 1960 Rt. 553 Hwy., Penn Run, PA 15765-8246 |
| 15138453 | + | New Hampshire Higher Ed/Granite State Ma, Attn: Bankruptcy, P.O. Box 2097, Concord, NH 03302-2097 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 24 2025 23:50:18 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 25 2025 00:01:48 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 24 2025 23:51:17 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 24 2025 23:50:21 | Resurgent Receivables LLC, PO Box10587, Greenville, SC 29603-0587 |
| 15138429 | + | Email/Text: bncnotifications@pheaa.org | Apr 24 2025 23:49:00 | Aes/keybank, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 15166394 | | Email/Text: ally@ebn.phinsolutions.com | Apr 24 2025 23:49:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 15138430 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 24 2025 23:49:00 | Ally Financial, Attn: Bankruptcy Dept, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 15138431 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 24 2025 23:50:23 | Best Buy Credit Services, P.O. Box 9001007, Louisville, KY 40290-1007 |
| 15163367 | | Email/Text: BKPT@cfna.com | Apr 24 2025 23:49:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 15138432 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 24 2025 23:50:55 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15155772 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 24 2025 23:50:48 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15138433 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 24 2025 23:50:21 | Chase Card Services, Attn: Bankruptcy, P.O. Box 15298, Wilmington, DE 19850-5298 |
| 15138434 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 25 2025 00:01:36 | Citi/Sears, Citibank/Centralized Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15138435 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 24 2025 23:50:23 | Citibank, Attn: Recovery/Centralized Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |

| | | | |
|---|---|---|---|
| 15138436 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 24 2025 23:51:04 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15138437 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 24 2025 23:49:00 | Comenity Bank/Kay Jewelers, Attn: Bankruptcy Dept, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15138438 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 24 2025 23:49:00 | Comenity Bank/King Size, Attn: Bankruptcy, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15138439 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 24 2025 23:49:00 | Comenity Bank/Maurices, Attn: Bankruptcy, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15138440 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 24 2025 23:49:00 | Comenity Bank/Wayfair, Attn: Bankruptcy Dept, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15138441 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 24 2025 23:49:00 | Comenity/ MPRC, Attn: Bankruptcy, P.O. Box 182125, Columbus, OH 43218-2125 |
| 15138442 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 24 2025 23:49:00 | Comenitybank/catherine, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15138443 | + Email/Text: BKPT@cfna.com | Apr 24 2025 23:49:00 | Credit First National Association, Attn: Bankruptcy, P.O. Box 81315, Cleveland, OH 44181-0315 |
| 15138444 | + Email/PDF: creditonebknotifications@resurgent.com | Apr 24 2025 23:50:20 | Credit One Bank, Attn: Bankruptcy Department, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 15138445 | Email/PDF: DellBKNotifications@resurgent.com | Apr 24 2025 23:50:24 | Dell Financial Services LLC, Attn: President/CEO, P.O. Box 81577, Austin, TX 78708 |
| 15152670 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 24 2025 23:50:23 | Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 15138446 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 24 2025 23:51:21 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 15172053 | Email/Text: bnc-quantum@quantum3group.com | Apr 24 2025 23:49:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15138448 | Email/Text: collecadminbankruptcy@fnni.com | Apr 24 2025 23:49:00 | First National Bank, Attn: Bankruptcy, 1620 Dodge St Mailstop 4440, Omaha, NE 68197 |
| 15139968 | Email/Text: collecadminbankruptcy@fnni.com | Apr 24 2025 23:49:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 15138447 | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Apr 24 2025 23:49:00 | First Mark Services, Attn: Bankruptcy, P.O. Box 82522, Lincoln, NE 68501 |
| 15149140 | + Email/Text: EBN@edfinancial.com | Apr 24 2025 23:49:00 | Granite State Management & Resources, o/b/o The U.S. Department of Education, PO Box 3420, Concord, NH 03302-3420 |
| 15169368 | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 24 2025 23:49:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15152333 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Apr 24 2025 23:49:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15146035 | + Email/Text: key_bankruptcy_ebnc@keybank.com | Apr 24 2025 23:49:00 | KeyBank N.A., 4910 Tiedeman Rd, Brooklyn, oh 44144-2338 |
| 15560465 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 24 2025 23:50:21 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15171474 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 24 2025 23:50:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15163781 | ^ MEBN | Apr 24 2025 23:42:02 | Lakeview Loan Servicing LLC, PO Box 840, |

| Recipient | | Method | Date/Time | Address |
|---|---|---|---|---|
| 15138449 | | Email/Text: camanagement@mtb.com | Apr 24 2025 23:49:00 | M & T Bank, Attn: Bankruptcy, P.O. Box 844, Buffalo, NY 14240 |
| | | | | Buffalo, NY 14240-0840 |
| 15168783 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 24 2025 23:50:23 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15138450 | + | Email/Text: Mercury@ebn.phinsolutions.com | Apr 24 2025 23:49:00 | Mercury/FBT, Attn: Bankruptcy, P.O. Box 84064, Columbus, GA 31908-4064 |
| 15138451 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 24 2025 23:50:52 | Merrick Bank/CardWorks, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 15138452 | + | Email/PDF: bankruptcy_prod@navient.com | Apr 24 2025 23:50:19 | Navient, Attn: Bankruptcy, P.O. Box 9640, Wiles-Barre, PA 18773-9640 |
| 15172107 | | Email/PDF: bankruptcy_prod@navient.com | Apr 24 2025 23:51:21 | Navient PC TRUST, c/o Navient Solutions, LLC, PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 15138454 | + | Email/Text: bankruptcynotices@psecu.com | Apr 24 2025 23:49:00 | P S E C U, Attention: Bankruptcy, P.O. Box 67013, Harrisburg, PA 17106-7013 |
| 15166529 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 24 2025 23:51:21 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15162724 | + | Email/Text: bankruptcynotices@psecu.com | Apr 24 2025 23:49:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 15170877 | | Email/Text: bnc-quantum@quantum3group.com | Apr 24 2025 23:49:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15641214 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 24 2025 23:50:25 | Resurgent Receivables LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15138456 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 24 2025 23:50:47 | Syncb/Levin Furniture, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15138457 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 24 2025 23:51:19 | Syncb/PPC, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15138455 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 25 2025 00:01:34 | Syncb/hhgreg, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15138458 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 24 2025 23:50:47 | Synchrony Bank, Attn: Bankruptcy Dept, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15138784 | ^ | MEBN | Apr 24 2025 23:42:09 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15138459 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 24 2025 23:51:21 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, P.O. Box 956060, Orlando, FL 32896-0001 |
| 15138460 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 24 2025 23:51:19 | Synchrony Bank/Amazon, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15138461 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 24 2025 23:50:21 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15138462 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 24 2025 23:51:25 | Synchrony Bank/Lowes, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15138463 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 25 2025 00:01:42 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15138464 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 24 2025 23:50:47 | Synchrony Bank/Walmart, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 15172923 | + | Email/Text: bncmail@w-legal.com | Apr 24 2025 23:49:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15138465 | + | Email/Text: bncmail@w-legal.com | Apr 24 2025 23:49:00 | Target, Attn: Bankruptcy, P.O. Box 9475, |

| District/off: 0315-7 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Apr 24, 2025 | Form ID: pdf900 | Total Noticed: 65 |

| | | | | |
|---|---|---|---|---|
| | | | | Minneapolis, MN 55440-9475 |
| 15661505 | + Email/Text: EBN@edfinancial.com | Apr 24 2025 23:49:00 | US Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 15166409 | Email/PDF: ebn_ais@aisinfo.com | Apr 24 2025 23:50:49 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 63

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing LLC |
| cr | | M&T BANK |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | US Department of Education, 120 N Seven Oaks Drive, knoxville, tn 37922-2359 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2025         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Lakeview Loan Servicing LLC dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Richard G. Allen | on behalf of Debtor Daren K. Johnston ecf@johnstownbankruptcy.com mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com |
| Richard G. Allen | on behalf of Joint Debtor Melinda S. Johnston ecf@johnstownbankruptcy.com mybestcaseecfmail@gmail.com;r44281@notify.bestcase.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5