# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Daren K. Johnston**<br>**Melinda S. Johnston**<br>                **Debtor(s)** | **BK NO. 19-70641 JAD**<br><br>**Chapter 13** |
| **Lakeview Loan Servicing LLC**<br>                **Movant**<br>vs.<br><br>**Daren K. Johnston**<br>**Melinda S. Johnston**<br>                **Debtor(s)**<br><br>**Ronda J. Winnecour**,<br>                **Trustee** | **Related to Claim No. 18** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>November 9, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Daren K. Johnston
1960 Route 553 Highway
Penn Run, PA 15765

Melinda S. Johnston
1960 Route 553 Highway
Penn Run, PA 15765

<u>Attorney for Debtor(s)</u>
Richard G. Allen
Law Offices of Richard G. Allen
P.O. Box 434 (VIA ECF)
Blairsville, PA 15901

<u>Trustee</u>
Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first class mail

Dated: <u>November 9, 2022</u>

                                            **/s/ Brian C. Nicholas**
                                            Brian C. Nicholas, Esq.
                                            Attorney I.D. 317240
                                            KML Law Group, P.C.
                                            BNY Mellon Independence Center
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106
                                            201-549-5366
                                            bnicholas@kmllawgroup.com